FILED

2018 DEC -3 PM 12:12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Andrew Madi<br>USMS# _____ PLAINTIFF / DEFENDANT | CASE NUMBER:<br>MJ 18-3188<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/30/18    9:30    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   21 USC 841 (a)(1), (b)(1)(c)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1993

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Devin Tomkins

10. Remarks (if any): _____

11. Name: Charlie Valentine   (please print)

12. Office Phone Number: 213-725-3887            13. Agency: DEA

14. Signature: /s/                                 15. Date: 12/3/18

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION