

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Andrew Madi, DEFENDANT(S). | CASE NUMBER MJ 18-3188 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __12/4/18__, _____, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __J. Chooljian__, in Courtroom __34__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/3/18__          _____
                              U.S. District Judge/Magistrate Judge