HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
carel.ale@fd.org
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
Andrew Madi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW MADI,<br><br>Defendant. | Case Nos. 18-MJ-3188<br><br>**STIPULATION TO CONTINUE DETENTION HEARING**<br><br>Hearing:<br>December 4, 2018 at 1:00 p.m. |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Benjamin R. Baron, and Defendant Andrew Madi, by and through his attorney of record, Deputy Federal Public Defender Carel Alé, that the detention hearing, presently set for December 4, 2018, at 1:00 p.m. will be continued to December 6, 2018, at 9:00 a.m., or a later date convenient with the Court, for the following reasons:

   1.   On December 3, 2018, Mr. Madi made an initial appearance before this Honorable Court and requested that his detention hearing be continued to December 4, 2018, so that he may secure bond resources.

2. On the morning of December 4, 2018, defense counsel and the government spoke about a potential bond stipulation between the parties.

3. Defense counsel and the government have yet to reach an agreement about the specific conditions of bond and would benefit from additional time to secure an agreement.

4. Given the parties' good faith belief that they may be able to reach an agreement if provided an additional time, the parties request a brief continuance to continue negotiating a stipulation. Accordingly, the parties request a continuance of defendant's detention hearing from December 4, 2018, at 1:00 p.m. to December 6, 2018, at 9:00 a.m., or a later date convenient with the Court.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

CAREL ALÉ
Deputy Federal Public Defender

DATE: December 4, 2018   By /s/ Carel Alé
CAREL ALÉ
Deputy Federal Public Defender
Attorney for Jose Ricardo Alfaro

DATE: December 4, 2018   NICOLA T. HANNA
United States Attorney

BENJAMIN R. BARRON
Assistant United States Attorney

By /s/ Benjamin R. Barron (email authorization)
BENJAMIN R. BARRON
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA