FILED
CLERK. U.S. DISTRICT COURT

Dec 4, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR -mJ -3188 |
| v. | |
| Andrew Madi | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of ___the parties via a stipulation___ , IT IS ORDERED that a detention hearing is set for ~~continued to~~ ___12/6/18___ , ___ , at ___9:00___ ☒a.m. / ☐p.m. before the Honorable ___J. Chooljian___ , in Courtroom ___750 Roybal___ .

Pending this continued hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___12/4/18___        _____
                            U.S. District Judge/Magistrate Judge