UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>ANDREW MADI,<br><br>           Defendant. | CR No. CR 18-00846-PSG<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of a Controlled Substance Resulting in Death] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 3, 2018, in Los Angeles County, within the Central District of California, defendant ANDREW MADI knowingly and intentionally distributed a controlled substance, namely, fentanyl, a

///
///
///
///
///
///
///

Schedule II narcotic drug controlled substance, to A.G., whose death and serious bodily injury resulted from the use of such substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime
   Drug Enforcement Task Force
   Section