HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5186

Attorneys for Defendant
ANDREW MADI

FILED
CLERK U.S. DISTRICT COURT

DEC - 4 ...

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW MADI,<br><br>Defendant. | Case No. CR 18-MJ-3188<br><br>[~~PROPOSED~~] ORDER CONTINUING DETENTION HEARING |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

The detention hearing in the above titled case, currently scheduled for December 4, 2018, at 1:00 p.m., is hereby continued to December 6, 2018, at 9:00 a.m. *in Courtroom 750, Roybal. Per concurrently filed order, defendant is ordered temporarily detained pending such continued hearing.*

DATED: December 4, 2018

By _____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

Presented by:

/s/ Carel Alé

Carel Alé

Deputy Federal Public Defender