HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel.ale@fd.org)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California  90012
Telephone:  (213) 894-5186
Facsimile:  (213) 894-0081

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW MADI,<br><br>Defendant. | Case No. CR 18-CR-0846-PSG<br><br>**UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS; DECLARATION OF COUNSEL** |

Defendant Andrew Madi, through his attorney of record, Deputy Federal Public Defender Carel Alé, seeks a modification of the bond conditions previously set by the Honorable Jacqueline Chooljian on December 6, 2018. This unopposed application is supported by the attached declaration of counsel and based on all files in this case.

                          Respectfully submitted,

                          HILARY POTASHNER
                          Federal Public Defender

DATE: February 15, 2019      By  */s/ Carel Alé*
                          CAREL ALÉ
                          Deputy Federal Public Defender
                          Attorney for Andrew Madi

# **DECLARATION OF CAREL ALÉ**

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Andrew Madi in the above-entitled action.

2. On December 3, 2018, Mr. Madi made his initial appearance before the Honorable Jacqueline Chooljian and detained pending a detention hearing.

3. On December 6, 2018, the Honorable Jacqueline Chooljian held a detention hearing and granted bond.

4. Bond was set at $55,000, $50,000 of which was to be a justified surety bond secured by Mr. Madi's stepfather's home.

5. In early January 2019, Mr. Madi's stepfather lost his job and began the process of refinancing his home.

6. On January 29, 2019, I spoke with Assistant United States Attorney Benjamin Barron on the phone and advised him of Mr. Madi's stepfather's unemployment. I asked whether the government objected to Mr. Madi seeking a modification of the bond condition requiring $50,000 of the bond be secured to Mr. Madi's stepfather's home to instead allow for a $50,000 unsecured surety bond.

/ / /

/ / /

/ / /

/ / /

7. On January 29, 2019, AUSA Barron advised me that the government would not object to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 15, 2019        /s/ Carel Alé
                                CAREL ALÉ
                                Deputy Federal Public Defender

3