1 HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
2 CAREL ALE (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
3 Deputy Federal Public Defender
321 East 2nd Street
4 Los Angeles, CA 90012
Telephone: (213) 894-5186
5

6 Attorneys for Defendant
ANDREW MADI
7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11

12 UNITED STATES OF AMERICA,            Case No. CR 18-0846-PSG

13          Plaintiff,
                                        **[PROPOSED] ORDER RE
14     v.                               UNOPPOSED EX PARTE REQUEST
                                        TO MODIFY BOND CONDITIONS**
15 ANDREW MADI,

16          Defendant.

17

18      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

19 bond be modified as follows:

20      the previously set bond condition, requiring a surety bond with justification in

21      the amount of $50,000 secured to property, is modified to require a $50,000

22      surety bond with no justification, signed by Mr. Madi's stepfather.

23

24 Dated: February __, 2019      By _____.
                                    HONORABLE JACQUELINE CHOOLJIAN
25                                  United States Magistrate Judge

26 Presented by:
   */s/ Carel Alé*                .
27 Carel Alé
28 Deputy Federal Public Defender