1  HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
2  CAREL ALE (Bar No. 283717)
(Email: carel.ale@fd.org)
3  Deputy Federal Public Defender
321 E. 2nd Street
4  Los Angeles, California  90012
Telephone:  (213) 894-5186
5  Facsimile:  (213) 894-0081

6  Attorneys for Defendant
ANDREW MADI

7

8

9                  UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12

13  UNITED STATES OF AMERICA,            Case No. CR 18-CR-0846-PSG

14          Plaintiff,                   **SUPPLEMENT TO UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS; DECLARATION OF COUNSEL**

15          v.

16  ANDREW MADI,

17          Defendant.

18

19      Defendant Andrew Madi, through his attorney of record, Deputy Federal Public

20  Defender Carel Alé, submits this supplement to his Unopposed Ex Parte Request to

21  Modify Bond Conditions filed on February 15, 2019.

22

23                              Respectfully submitted,

24                              HILARY POTASHNER
                                Federal Public Defender
25

26  DATE:  February 20, 2019    By  /s/ Carel Alé
                                    CAREL ALÉ
27                                  Deputy Federal Public Defender
                                    Attorney for Andrew Madi
28

**DECLARATION OF CAREL ALÉ**

I, Carel Alé, hereby state and declare as follows:

1.      I am a Deputy Federal Public Defender in the Central District of California appointed to represent Andrew Madi in the above-entitled action.

2.      On February 19, 2019, I reached out to the Pretrial Services Office to obtain its position on Mr. Madi's Unopposed Ex Parte Request to Modify Bond Conditions filed on February 15, 2019.

3.      On February 20, 2019, the Pretrial Services Office informed me that it does not take a position on Mr. Madi's request for modification.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  February 20, 2019            /s/ Carel Alé
                                     _____
                                     CAREL ALÉ
                                     Deputy Federal Public Defender

2