# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 18-846 PSG | Date: February 22, 2019 |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

Interpreter  None

| Kerri Hays | None | Benjamin R. Barron (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Andrew Madi | | x | | DFPD Carol Ale | x | | |

**Proceedings:**  ORDER DEFERRING RULING ON EX PARTE APPLICATION (NO. 22)

The Court is in receipt of an unopposed Ex Parte Application to Modify Conditions of Release.  As defendant seeks a modification of the conditions of bail, the written consents of the sureties are a prerequisite to authorizing the same.  See Local Criminal Rule 46-2.1.  Accordingly, the Court will defer ruling on the Ex Parte Application until the earlier of the filing of such written consents or March 1, 2019.

IT IS SO ORDERED.