HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel.ale@fd.org)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California  90012
Telephone:  (213) 894-5186
Facsimile:  (213) 894-0081

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW MADI,<br><br>　　　　　　Defendant. | Case No. CR 18-CR-0846-PSG<br><br>**SUPPLEMENT TO UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS; DECLARATIONS OF SURETIES** |

Defendant Andrew Madi, through his attorney of record, Deputy Federal Public Defender Carel Alé, submits this supplement to his Unopposed Ex Parte Request to Modify Bond Conditions filed on February 15, 2019.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　HILARY POTASHNER
　　　　　　　　　　　　　　　　Federal Public Defender

DATE:  February 28, 2019　　　By  /s/ Carel Alé
　　　　　　　　　　　　　　　　CAREL ALÉ
　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　Attorney for Andrew Madi

## DECLARATION OF DEAN REYNOLDS

I, Dean Reynolds, hereby state and declare as follows:

1. I am a surety for Andrew Madi in the above-entitled action.

2. I consent to the modifications to the bond previously set by this Honorable Court as proposed in Andrew Madi's Unopposed Ex Parte Request to Modify Bond Conditions filed on February 15, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 25, 2019            _____
                                     DEAN REYNOLDS

## DECLARATION OF KAYLA KINSEY

I, Kayla Kinsey, hereby state and declare as follows:

1. I am a surety for Andrew Madi in the above-entitled action.

2. I consent to the modifications to the bond previously set by this Honorable Court as proposed in Andrew Madi's Unopposed Ex Parte Request to Modify Bond Conditions filed on February 15, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 27, 2019

Kayla Kinsey

3