HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5186

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW MADI,<br><br>　　　　　Defendant. | Case No. CR 18-0846-PSG<br><br>**ORDER RE UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond be modified as follows:

　　the previously set bond condition, requiring a surety bond with justification in the amount of $50,000 secured to property, is modified to require a $50,000 surety bond with no justification, signed by Mr. Madi's stepfather.

Dated: February 28, 2019　　　　By  /s/ Jacqueline Chooljian

　　　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　　　United States Magistrate Judge