Carel Ale (Bar No. 283717)
Deputy Federal Public Defender
(Email: Carel_Ale@fd.org
321 E 2nd Street
Los Angeles, CA 90012
(213) 894-5186
(213) 894-0081 (Fax)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>ANDREW MADI, DEFENDANT. | CASE NUMBER:<br>CR 18-846-PSG<br><br>DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, __ANDREW MADI__, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __20th__ day of __MARCH__, 20__19__
at __LOS ANGELES, CA__
*(City and State)*

x _____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____        _____
                            *Interpreter*

CR-37 (05/15)    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS