# *United States Pretrial Services*

United States District Court
Central District of California



| Michelle A. Carey | | Douglas B. Bys |
|---|---|---|
| Chief Probation & Pretrial Services Officer | | Deputy Chief Probation & Pretrial Services Officer |



**FILED**
CLERK, U.S. DISTRICT COURT

04/04/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _AP_____ DEPUTY

April 4, 2019

United States District Court
Los Angeles, California

Re:  Release Order Authorization
Docket No.: 2:18-CR-00846-PSG-1
Defendant:  Madi, Andrew

To Whom It May Concern:

On December 6, 2018     ,the defendant's bond was set by the Honorable   Jacqueline Chooljian   .
Special conditions of the bond include: RELEASE TO PRETRIAL SERVICES ONLY, for
placement in a location monitoring program.

Please be advised that the defendant has been found acceptable for placement:
in a location monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE
TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Officer's Name:  Ileen Rodrigues

Officer's Title:  U.S. Pretrial Officer

Officer's Phone Number:     +1 (213) 894-2708

| Headquarters | Riverside Branch | Santa Ana Branch |
|---|---|---|
| Edward R. Roybal Federal Building | George E. Brown, Jr. Federal Building | Ronald Reagan Federal Building |
| and U.S Courthouse | and U.S Courthouse | and U.S Courthouse |
| 255 East Temple Street, Suite 1410 | 3470 Twelfth Street, Suite 161 | 411 West Fourth Street, Suite 4070 |
| Los Angeles, CA 90012-3332 | Riverside, CA 92501-3801 | Santa Ana, CA 92701-4596 |
| 213-891-4726 / FAX 213-894-0231 | 951-328-4490 / FAX 951-328-4489 | 714-338-4550 / FAX 714-328-4570 |