NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON (Cal. Bar No. 257094)
Assistant United States Attorney
Deputy Chief, International Narcotics,
Racketeering, & Money Laundering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3542
     Facsimile: (213) 894-0142
     E-mail:    ben.barron@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

E-FILED 5/15/19
cc: PSA/USPO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-846-PSG (~~18-486~~) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ANDREW MADI, | **[PROPOSED] TRIAL DATE: 1-28-20**<br>**[PROPOSED] TRIAL TIME: 9:00 a.m.** |
| Defendant. | **[PROPOSED] S.C. DATE:  1-13-2020**<br>**[PROPOSED] S.C. TIME:  10:00 a.m.** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on May 14, 2019.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from June 18, 2019, to January 28, 2020. The status conference hearing is continued to January 13, 2020 at 10:00 a.m..

2. The time period of June 18, 2019, to January 28, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 6A of the Federal Courthouse, 350 West 1st Street, Los Angeles, California on January 13, 2020, at 10:00 a.m., and on January 28, 2020, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

///

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

| 5/15/19 | PHILIP S. GUTIERREZ |
|---|---|
| DATE | HONORABLE PHILIP S. GUTIERREZ<br>UNITED STATES DISTRICT JUDGE |

Presented by:

/s/
BENJAMIN R. BARRON
Assistant United States Attorney

3