HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel_ale@fd.org)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW MADI,<br><br>　　　　　Defendant. | Case No. CR 18-CR-00846-PSG<br><br>**UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS; DECLARATION OF COUNSEL; DECLARATIONS OF SURETIES** |

Defendant Andrew Madi, through his attorney of record, Deputy Federal Public Defender Carel Alé, seeks modification of the bond conditions previously set by the Honorable Jacqueline Chooljian and submits this Unopposed Ex Parte Request to Modify Bond Conditions. Specifically, Mr. Madi is seeking for the bond to be modified to no longer require him to be restricted to his residence at all times but to allow Mr. Madi to be restricted to his residence as directed by the United States Pretrial Services Office, the supervising agency.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　HILARY POTASHNER
　　　　　　　　　　　　　　　　　Federal Public Defender

DATE: August 5, 2019　　　　By　/s/ Carel Alé
　　　　　　　　　　　　　　　　　CAREL ALÉ
　　　　　　　　　　　　　　　　　Deputy Federal Public Defender

# **DECLARATION OF CAREL ALÉ**

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Andrew Madi in the above-entitled action.

2. On April 4, 2019, Mr. Madi was released to the MFI Recovery, Woodcrest Men's Treatment Center in Riverside, California, to participate in inpatient treatment.

3. On August 5, 2019, Mr. Madi successfully completed and was released from the inpatient treatment program.

4. The Pretrial Services Officer responsible for Mr. Madi's supervision, Jaqueline Rodriguez, approved for Mr. Madi to reside at a sober living residence upon his release from inpatient treatment.

5. On August 1, 2019, I spoke with Officer Jaqueline Rodriguez to obtain her position on this Unopposed Ex Parte Request to Modify Bond Conditions. Officer Rodriguez advised that Mr. Madi has been in compliance with the conditions of his pretrial release and that she was in support of this request.

6. On August 2, 2019, I spoke with United States Assistant Attorney Jehan Pernas and she advised that the government did not object to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 5, 2019          /s/ Carel Alé
                               CAREL ALÉ
                               Deputy Federal Public Defender