# DECLARATION OF DEAN REYNOLDS

I, Dean Reynolds, hereby state and declare as follows:

1. I am a surety for Andrew Madi in the above-entitled action.

2. I consent to the modifications to the bond previously set by this Honorable Court as proposed in this Unopposed Ex Parte Request to Modify Bond Conditions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 5TH, 2019                    _____
                                            DEAN REYNOLDS