HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5186

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW MADI, <br><br> Defendant. | Case No. CR 18-0846-PSG <br><br> **[PROPOSED] ORDER RE UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond be modified as follows:

the condition requiring Mr. Madi to be restricted to his residence at all times is removed; Mr. Madi is to be restricted to his residence as directed by the United States Pretrial Services Office, the supervising agency.

Dated: August __, 2019          By _____.
                                 HONORABLE JACQUELINE CHOOLJIAN
                                 United States Magistrate Judge

Presented by:
*/s/ Carel Alé*              .
Carel Alé
Deputy Federal Public Defender