HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5186

Attorneys for Defendant
ANDREW MADI

E-FILED
AUG - 8 2019
Document # _____

cc: PSA/USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-0846-PSG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS |
| v. | |
| ANDREW MADI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond be modified as follows:

the condition requiring Mr. Madi to be restricted to his residence at all times is removed; Mr. Madi is to be restricted to his residence as directed by the United States Pretrial Services Office, the supervising agency.

Dated: August 8, 2019      By _____.
HONORABLE ~~JACQUELINE CHOOLJIAN~~ PHILIP S. GUTIERREZ
United States ~~Magistrate~~ Judge
DISTRICT

Presented by:
/s/ Carel Alé
Carel Alé
Deputy Federal Public Defender