# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ANDREW MADI<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cr–00846–PSG<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __3/27/2020__

Document Number(s):   __47__

Title of Document(s):   __Motion in Limine to Exclude Evidence__

**ERROR(S) WITH DOCUMENT:**

Motions in limine should be noticed on the morning of the first date of trial

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _March 30, 2020_     By:  _/s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov_
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**