1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   JEHAN M. PERNAS (Cal. Bar No. 320548)
4  Assistant United States Attorney
   International Narcotics, Money
5  Laundering, and Racketeering Section
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-0319
        Facsimile: (213) 894-0142
8       E-mail:    jehan.pernas@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-486-PSG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ANDREW MADI, | **[PROPOSED] TRIAL DATE: 10-6-20** |
| Defendant. | **[PROPOSED] TRIAL TIME: 9:00 a.m.** |
| | **[PROPOSED] S.C. DATE:   9-21-2020** |
| | **[PROPOSED] S.C. TIME:   10:00 a.m.** |

21      The Court has read and considered the Stipulation Regarding
22 Request for (1) Continuance of Trial Date and (2) Findings of
23 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
24 parties in this matter on April 6, 2020.  The Court hereby finds that
25 the Stipulation, which this Court incorporates by reference into this
26 Order, demonstrates facts that support a continuance of the trial
27 date in this matter, and provides good cause for a finding of
28 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from May 12, 2020, to October 6, 2020. The status conference hearing is continued to September 21, 2020 at 10:00 a.m.

2. The time period of May 12, 2020, to October 6, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 6A of the Federal Courthouse, 350 West 1st Street, Los Angeles, California on October 6, 2020, at 10:00 a.m., and on September 21, 2020, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

///

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

| | |
|---|---|
| DATE | HONORABLE PHILIP S. GUTIERREZ<br>UNITED STATES DISTRICT JUDGE |

Presented by:

/s/
JEHAN M. PERNAS
Assistant United States Attorney