AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel.ale@fd.org)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW MADI,<br><br>Defendant. | Case No. CR 18-CR-0846-PSG<br><br>**UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS; DECLARATION OF COUNSEL AND DELCARATIONS OF SURETIES** |

Defendant Andrew Madi, through his attorney of record, Deputy Federal Public Defender Carel Alé, seeks a modification of the bond conditions previously set by the Honorable Jacqueline Chooljian on December 6, 2018, as modified on February 28, 2019, and August 8, 2019.

Through this request Mr. Madi respectfully asks the Court to modify the conditions of bond as follows:

the previously set bond condition requiring location monitoring is removed.

//
//
//
//

This unopposed application is supported by the attached declaration of counsel and based on all files in this case.

                                        Respectfully submitted,

                                        AMY M. KARLIN  
                                        Interim Federal Public Defender

DATE: April 6, 2020               By  /s/ Carel Alé  
                                        CAREL ALÉ  
                                        Deputy Federal Public Defender  
                                        Attorney for Andrew Madi

**DECLARATION OF CAREL ALÉ**

I, Carel Alé, hereby state and declare as follows:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I have been appointed to represent Andrew Madi in the above-referenced action.

2. On December 3, 2018, Mr. Madi made his initial appearance before the Honorable Jacqueline Chooljian and detained pending a detention hearing.

3. On December 6, 2018, the Honorable Jacqueline Chooljian held a detention hearing and granted bond. The Court set bond at a total $55,000, requiring an affidavit of surety without justification signed by Kayla Kinsey in the amount of $5,000, and an affidavit of surety with justification signed by Dean Reynolds, Mr. Madi's father, in the amount of $50,000 with full deeding of Mr. Reynolds' home. Dkt. 12.

4. On February 28, 2019, the Court granted Mr. Madi's unopposed request to modify the conditions of bond previously set by the Court. Dkt. 22 & 26. The Court modified the bond to require an affidavit of surety without justification signed by Kayla Kinsey in the amount of $5,000, and an affidavit of surety without justification signed by Dean Reynolds in the amount of $50,000. *Id.*

5. On April 4, 2019, Mr. Madi was released from the Los Angeles Metropolitan Detention Center to the custody of the United States Pretrial Services. Dkt. 32. Mr. Madi entered MFI Recovery, Woodcrest Men's Treatment Center in Riverside, California, to participate in inpatient treatment.

6. On August 5, 2019, Mr. Madi successfully completed 120 days in the program and was released from MFI Recovery.

7. On August 8, 2019, the Court granted Mr. Madi's unopposed request to modify the conditions of bond. Dkt. 37. The Court modified the conditions by removing the condition that Mr. Madi be restricted to his residence at all times and to

3

instead allow him to be restricted to his residence as directed by the United States Pretrial Services Office. *Id.*

8. After leaving MFI Recovery, Mr. Madi lived at a sober home in Riverside, California, and obtained full-time work in a computer gaming store where he was eventually promoted to manager at the store.

9. Until the ongoing state-wide Shelter-in-Place Order, Mr. Madi attended multiple weekly Narcotics Anonymous meetings and had "commitments" as part of those meetings. Mr. Madi continued to attend weekly intensive out-patient treatment at MFI Recovery. As part of his sobriety, Mr. Madi also has a sponsor with whom he maintains daily contact.

10. Mr. Madi has not had a single positive test since his release and, at the time of this filing, has been sober for 493 days.

11. As a result of the COVID-19 pandemic, Mr. Madi lost his job and, as approved by U.S. Pretrial Services, moved in to his parents' home last week.

12. On March 30, 2020, I spoke with United States Assistant Attorney Jehan Pernas and she advised that the government did not object to this request.

13. On April 3, 2020, I emailed Officer Jaqueline Rodriguez to obtain the U.S. Pretrial Services Office's position on this request. Officer Rodriguez advised me that neither she nor Officer Brenda Barrientos, who previously served as Mr. Madi's Location Monitoring Officer, opposed this request. Officer Rodriguez also advised that Mr. Madi had no violations on location monitoring and that Officer Barrientos informed her that Mr. Madi was in compliance with his conditions of bond.

//
//
//
//
//
//

14. On April 3, 2020, I also emailed Officer Kassandra Kressler who was recently assigned to be Mr. Madi's new Pretrial Services Officer. She informed me that she did not object to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April 6, 2020        /s/ Carel Alé
                            CAREL ALÉ
                            Deputy Federal Public Defender