AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5186

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANDREW MADI, Defendant. | Case No. CR 18-0846-PSG  **[PROPOSED] ORDER RE UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond be modified as follows:

the previously set bond condition requiring location monitoring is removed.

Dated: April __, 2020      By _____.
                                                      HONORABLE JACQUELINE CHOOLJIAN
                                                      United States Magistrate Judge

Presented by:
*/s/ Carel Alé*              .
Carel Alé
Deputy Federal Public Defender