## **DECLARATION OF KAYLA KINSEY**

I, Kayla Kinsey, hereby state and declare as follows:

1. I am a surety for Andrew Madi in the above-entitled action.

2. I consent to the modifications to the bond previously set by this Honorable Court as proposed in this Unopposed Ex Parte Request to Modify Bond Conditions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: April __5__, 2020

*DocuSigned by:*
*Kayla Kinsey*
KAYLA KINSEY
D3A0692E9B3F472...

## **DECLARATION OF KAYLA KINSEY**

I, Kayla Kinsey, hereby state and declare as follows:

1. I am a surety for Andrew Madi in the above-entitled action.

2. I consent to the modifications to the bond previously set by this Honorable Court as proposed in this Unopposed Ex Parte Request to Modify Bond Conditions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August ____, 2019                              _____
                                                        Kayla Kinsey