AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
CAREL ALÉ (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5186

FILED
CLERK, U.S. DISTRICT COURT
4/9/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH   DEPUTY

Attorneys for Defendant
ANDREW MADI

LINK 50
cc: PSA/USPO

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW MADI, <br><br> Defendant. | Case No. CR 18-0846-PSG <br><br> [~~PROPOSED~~] ORDER RE UNOPPOSED EX PARTE REQUEST TO MODIFY BOND CONDITIONS |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond be modified as follows:

the previously set bond condition requiring location monitoring is removed.

Dated: April  9 , 2020   By   **PHILIP S. GUTIERREZ**                .
                              HONORABLE J~~ACQUELINE CHOOLJIAN~~
                              United States ~~Magistrate~~ Judge
                              District

Presented by:
*/s/ Carel Alé*               .
Carel Alé
Deputy Federal Public Defender