**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-846-PSG |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [55] |
| v. | |
| ANDREW MADI, | |
| Defendant. | **NEW TRIAL DATE: 3-30-21**<br>**TRIAL TIME: 9:00 a.m.**<br><br>**NEW STATUS CONFERENCE DATE: 3-15-2021 AT 10:00 a.m.** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 18, 2020.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from October 6, 2020, to March 30, 2021. The status conference hearing is continued to March 15, 2021 at 10:00 a.m.

2. The time period of October 6, 2020, to March 30, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 6A of the Federal Courthouse, 350 West 1st Street, Los Angeles, California on March 16, 2021 at 10:00 a.m., and on March 30, 2021, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

///
///
///
///
///

2

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| | |
|---|---|
| September 18, 2020 | *[signature]* |
| DATE | HONORABLE PHILIP S. GUTIERREZ<br>UNITED STATES DISTRICT JUDGE |

Presented by:

    /s/
JEHAN M. PERNAS
Assistant United States Attorney