1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   JEHAN M. PERNAS (Cal. Bar No. 320548)
4  Assistant United States Attorney
   International Narcotics, Money
5  Laundering, and Racketeering Section
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-0319
        Facsimile: (213) 894-0142
8       E-mail:    jehan.pernas@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| UNITED STATES OF AMERICA, | No. CR 18-486-PSG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ANDREW MADI, | **[PROPOSED] TRIAL DATE: 4-12-22** |
| Defendant. | **[PROPOSED] TRIAL TIME: 9:00 a.m.** |
| | **[PROPOSED] S.C. DATE:  3-28-2022** |
| | **[PROPOSED] S.C. TIME:  10:00 a.m.** |

21      The Court has read and considered the Stipulation Regarding

22 Request for (1) Continuance of Trial Date and (2) Findings of

23 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

24 parties in this matter on March 11, 2021.  The Court hereby finds

25 that the Stipulation, which this Court incorporates by reference into

26 this Order, demonstrates facts that support a continuance of the

27 trial date in this matter, and provides good cause for a finding of

28 excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that:  (i) the ends of justice served by

2  the continuance outweigh the best interest of the public and

3  defendant in a speedy trial; (ii) failure to grant the continuance

4  would be likely to make a continuation of the proceeding impossible,

5  or result in a miscarriage of justice; and (iii) failure to grant the

6  continuance would unreasonably deny defendant continuity of counsel

7  and would deny defense counsel the reasonable time necessary for

8  effective preparation, taking into account the exercise of due

9  diligence.

10    THEREFORE, FOR GOOD CAUSE SHOWN:

11    1.   The trial in this matter is continued from March 30, 2021,

12  to April 12, 2022.  The status conference hearing is continued to

13  March 28, 2022 at 10:00 a.m.

14    2.   The time period of March 30, 2021, to April 12, 2022,

15  inclusive, is excluded in computing the time within which the trial

16  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

17  and (B)(iv).

18    3.   Defendant shall appear in Courtroom 6A of the Federal

19  Courthouse, 350 West 1st Street, Los Angeles, California on March 28,

20  2022 at 10:00 a.m., and on April 12, 2022, at 9:00 a.m.

21    4.   Nothing in this Order shall preclude a finding that other

22  provisions of the Speedy Trial Act dictate that additional time

23  periods are excluded from the period within which trial must

24  commence.  Moreover, the same provisions and/or other provisions of

25  ///

26

27

28

1  the Speedy Trial Act may in the future authorize the exclusion of

2  additional time periods from the period within which trial must

3  commence.

4       IT IS SO ORDERED.

5

6  _____          _____

7   DATE                             HONORABLE PHILIP S. GUTIERREZ
                                     UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11      /s/
   _____
    JEHAN M. PERNAS
12  Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3