CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
(Email: carel_ale@fd.org)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW MADI,<br><br>Defendant. | Case No. 18-CR-00846-PSG<br><br>**UNOPPOSED EX PARTE APPLICATION FOR ORDER TO ALLOW INTERNATIONAL TRAVEL AND TEMPORARY MODIFICATION OF BOND CONDITIONS; DECLARATION OF COUNSEL; EXHIBITS; DECLARATION OF SURETIES** |

Defendant Andrew Madi, through his attorney of record, Deputy Federal Public Defender Carel Alé, seeks an order allowing him to travel internationally for 14 days and temporarily modifying the conditions of release. The purpose of the travel is for Mr. Madi to see his grandfather, who is hospitalized in Ecuador and gravely ill from COVID-19, and, if necessary, attend any services. Mr. Madi seeks the temporary modification of the conditions of his bond, as further explained below, during the period of travel.

The government and the United States Pretrial Services Office do not oppose this request.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATE: March 30, 2021         By /s/ *Carel Alé*
                             CAREL ALÉ
                             Deputy Federal Public Defender

**DECLARATION OF CAREL ALÉ**

I, Carel Alé, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Andrew Madi ("Mr. Madi") in the above-entitled action.

2. On March 24, 2021, Mr. Madi's grandfather, Flavio Leonardo Coellar Espinoza, was hospitalized after contracting COVID-19. Mr. Coellar Espinoza has now been placed on a ventilator and is in the intensive care unit.

3. Attached as Exhibit A is a true and correct copy of a letter from Mr. Coellar Espinoza's doctor attesting to Mr. Coellar Espinoza's hospitalization, a certified translation of the letter and the translator's declaration.

4. Mr. Madi's bond conditions restrict his travel to the Central District of California and do not allow him to possess or attempt to obtain a passport or travel documents. *See* Docket No. 57.

5. Mr. Madi's mother, Ximena Reynolds, is in Ecuador with Mr. Coellar Espinoza, her father.

6. On March 30, 2021, I spoke with Officer Kassandra Kessler to obtain her position on this request. Officer Kessler advised me that Mr. Madi is in compliance with the conditions of his pretrial release and that she did not oppose this request. She advised me that Mr. Madi is doing very well on supervision and has completed the U.S. Pretrial Service's drug treatment program last week and as a result he would be on a reduced testing schedule. Accordingly, the travel would not interfere with Mr. Madi's drug testing.

7. Officer Kessler also advised me that Mr. Madi also needed the Court's authorization to obtain and be in possession of a passport and that Mr. Madi should be ordered to surrender the passport to U.S. Pretrial Services within 48 hours of his return.

8. Mr. Madi has been on pretrial release since April 5, 2019. Docket No. 32. He has not violated any of his conditions of pretrial release.

9. Mr. Madi continues to reside with his parents and is currently employed as a behavioral health technician at First Light Recovery, a mental health treatment center.

10. Mr. Madi has been sober for two years and five months.

11. The parties continue negotiating a potential resolution to this case. Trial is currently set for April 12, 2022. Docket No. 59.

12. On March 30, 2021, I spoke with United States Assistant Attorney Jehan Pernas and she advised that the government did not object to this request with the additional proposed bond conditions.

13. On March 30, 2021, I spoke with Criminal Intake to confirm that the United States Clerk's Office could take possession of the title of Mr. Madi's vehicle as part of his bond conditions if ordered by the Court.

14. Accordingly, Mr. Madi proposes the following temporary modification to the conditions of his bond in order to allow him to travel internationally and during the time of his travel:

(a) Appearance Bond in the amount of $100,000 secured by an Affidavit of Surety Without Justification signed by Mr. Madi's father, Dean Reynolds;

(b) Collateral Bond in the Amount of $10,000 (cash bond);

(c) Title of Mr. Madi's vehicle (to be surrendered to the United States Clerk's Office);

(d) Mr. Madi's father, Dean Reynolds, and mother, Ximena Reynolds, will each take third-party custody of Mr. Madi and each will execute an Affidavit of Third-Party Custody, CR-31 form;

(e) Removal of the condition prohibiting Mr. Madi from applying for a passport or other travel documents;

(f) Removal of the condition restricting travel to the Central District of California;

(g) Additional condition allowing Mr. Madi to obtain and possess a passport or travel document and requiring him to surrender it to U.S. Pretrial Services within 48 hours of his return;

(h) Additional condition allowing Mr. Madi to travel internationally, specifically to Ecuador, for 14 days.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March 30, 2021   /s/ Carel Alé
CAREL ALÉ
Deputy Federal Public Defender