# EXHIBIT A



Cuenca, 30 de marzo de 2021.

A petición de parte interesada

## CERTIFICO QUE:

Él paciente: **COELLAR ESPINOZA FLAVIO LEONARDO** con CI: 010015531-6 ingresó a esta casa de salud el día 24 de marzo de 2021, por presentar DX: **COVID 19 VIRUS IDENTIFICADO (CIE10:U071).**

Él paciente permanece hospitalizado en la UNIDAD DE CUIDADOS INTENSIVOS hasta nueva orden médica.

Es todo cuanto puedo informar en honor a la verdad pudiendo él interesado hacer uso del presente como creyere conveniente.

ATENTAMENTE

Dr. Andrés Cárdenas
C.I. 0103490876

**DR. ANDRES CARDENAS**
**INTENSIVISTA**

Dirección: Av. 3 de Noviembre 3-50 y Unidad Nacional
P.O. Box: 1755
Conmutador: (593-7) 284 6666 | 282 7074
Fax: (593-7) 284 4548

secretaria@clinicalatino.med.ec
www.clinicalatino.med.ec

Cuenca – Ecuador

[LOGO]

Clinica

Latino

**Cuanca, March 30, 2021**

By request of the interested party:

**I HEREBY CERTIFY THAT:**

Patient **COELLAR ESPINOZA FLAVIO LEONARDO** with **ID No. 010015531-6,** was admitted to this medical institution on the 24th of March, 2021, due to exhibiting sympotoms of the following: **DIAGNOSIS: COVID-19 VIRUS IDENTIFIED (CIE10;U0710.**

The patient will remian hospitalized in the **INTENSIVE CARE UNIT** until further medical orders are issued.

This is all I am able to inform you of and I hereby certify the above to be true for whatever purposes it may be required by the interested party.

[LOGO]   CLINICA                                                **RESPECTFULLY,**

              Latino                                                         /S/ Rubric

                                                                    [stamp over signature]

                                              Dr. Andres Cardenas, Internal Medicine, Lic.# [illegible]

                                                       **DR. ANDRES CARDENAS, INTERNIST**

ADDRESS: AVENIDA 3 DE NOVIEMBRE, 3X50 Y UNIDAD NACIONAL        SECREATRARI&CLINICALATINA.MED.EC        CUENCA-ECUADOR

P.O.Bos 1755                                                                                                           www.clinicalatina.med.ex

COMMUTTOR: (593-7) 284-6666 / 282-7074

FAX: (593-7) 284-4548

## DECLARATION OF INTERPRETER

I, the undersigned say: I a Spanish/English and English/Spanish Official Court Interpreter certified by the Administrative office of the United States Courts and I have translated the following document(s) from Spanish into English. I declare under penalty of perjury, that to the best of my abilities and belief, this is an accurate, true and correct translation of the Spanish language document.

### DOCUMENT DESCRIPTION

Letter from Dr. Andres Cardenas of Clinica Latina in Cuenca, Ecuador, regarding the hospitalization of Flavio Leonardo Coellar Espinoza with a diagnosis of COVID-19, dated March 30, 2021

Executed this __30th__ day of __March__, 2021, at Los Angeles, California.

MARIA DOLOREZ MARTIN
Federally Certified Court Interpreter

_____
Signature of Interpreter

Case Name/Number: US v. Andrew Madi; CR18-00846-PSG
Person Requesting: DFPD Carel Ale
Number of Pages: 1