# **DECLARATION OF DEAN REYNOLDS**

I, Dean Reynolds, hereby state and declare as follows:

1.\ I am a surety for Andrew Madi in Case No. 18-CR-846-PSG.

2.\ I consent to the temporary modifications of the bond conditions as proposed in this Unopposed Ex Parte Application for Order to Allow International Travel and Temporary Modification of Bond Conditions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: March _____, 2021

_____
DEAN REYNOLDS