# DECLARATION OF KAYLA KINSEY

I, Kayla Kinsey, hereby state and declare as follows:

1. I am a surety for Andrew Madi in Case No. 18-CR-846-PSG.

2. I consent to the temporary modifications of the bond conditions as proposed in this Unopposed Ex Parte Application for Order to Allow International Travel and Temporary Modification of Bond Conditions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: _____, 2021

_____
KAYLA KINSEY