CUAUHTEMOC ORTEGA (Bar No. 257443)     **CC: PSA**
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: carel_ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Telephone: (213) 894-5186

Attorneys for Defendant
ANDREW MADI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-0846-PSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE UNOPPOSED EX PARTE APPLICATION FOR AN ORDER TO ALLOW INTERNATIONAL TRAVEL AND TEMPORARY MODIFICATION OF BOND CONDITIONS** |
| ANDREW MADI, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond is temporarily modified as follows:

(a) Appearance Bond in the amount of $100,000 secured by an Affidavit of Surety Without Justification signed by Mr. Madi's father, Dean Reynolds;

(b) Collateral Bond in the Amount of $10,000 (cash bond);

(c) Title of Mr. Madi's vehicle (to be surrendered to the United States Clerk's Office);

(d) Mr. Madi's father, Dean Reynolds, and mother, Ximena Reynolds, will each take third-party custody of Mr. Madi and each will execute an Affidavit of Third-Party Custody, CR-31 form;

(e) The condition prohibiting Mr. Madi from applying for a passport or other travel documents is temporarily removed;

(f) The condition restricting travel to the Central District of California is temporarily removed;

(g) Mr. Madi may obtain and possess a passport or travel document but must surrender any travel documents to U.S. Pretrial Services within 48 hours of his return;

(h) Mr. Madi may travel to Ecuador for a period of 14 days;

(i) The modifications of Mr. Madi's bond are temporary and will revert to the conditions approved by this Court, Docket Nos. 53 & 57, upon Mr. Madi's return.

Dated: March 31, 2021        By _____
                             HONORABLE PHILIP S. GUTIERREZ
                             United States District Judge

Presented by:
/s/ Carel Alé          .
Carel Alé
Deputy Federal Public Defender