Carel Ale, DFPD
321 E. 2nd Street
Los Angeles, CA
90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF, v. | 18-CR-846-PSG |
| ANDREW MADI | AFFIDAVIT OF THIRD-PARTY CUSTODIAN |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on ___April 1st, 2021___ to take third-party custody of Andrew Madi, I, ___Dann Reynolds___ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_[signature]_
Signature of Third-Party Custodian (Person or Organization)

___FATHER___
Relationship to Defendant/Material Witness

_____
Address (only if the above is an organization)

_____
City and State only

_____
Telephone Number

Date: ___4-1-2021___