Carel Ale, OFPD
321 E. 2nd Street
Los Angeles, CA
90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
2021 APR -2 PM 9: 55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF, | 18-CR-846-PSG |
| v. | |
| ANDREW MADI | **AFFIDAVIT OF THIRD-PARTY CUSTODIAN** |
| DEFENDANT/MATERIAL WITNESS, | |

Having been ordered by the Court on __April 1st, 2021__ to take third-party custody of __Andrew Madi__ I, __Irna Reynolds__ agree to (a) supervise the defendant/material witness, (b) use every effort to assure the defendant's/material witness' appearance at all court proceedings, and (c) notify Pretrial Services immediately if the defendant/material witness violates a condition of release or is no longer in the custodian's custody. I understand that if I fail to discharge my obligations under this agreement I may be held in contempt of court.

_____
Signature of Third-Party Custodian (Person or Organization)

__Mother__
Relationship to Defendant/Material Witness

_____
Address (only if the above is an organization)

_____
City and State only

_____
Telephone Number

Date: __April 1st, 2021__

CR-31 (03/15)                                    AFFIDAVIT OF THIRD-PARTY CUSTODIAN