CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel_ale@fd.org)
Deputy Federal Public Defender
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
ANDREW MADI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW MADI,<br><br>Defendant. | Case No. 18-CR-00846-PSG<br><br>**STIPULATION TO REINSTATE BOND CONDITIONS AS PREVIOUSLY SET BY THE COURT, DOCKET NOS. 53 & 57, AND EXONERATE TEMPORARY MODIFICATIONS** |

Defendant Andrew Madi, through his attorney of record, Deputy Federal Public Defender Carel Alé, and the United States of America, by and through its attorney of record, Jehan Pernas, hereby stipulate as follows:

1. On March 20, 2021, Mr. Madi filed an Unopposed *Ex Parte* Application for an Order to Allow International Travel and Temporary Modification of Bond Conditions. Docket No. 60.

2. On March 31, 2021, this Honorable Court granted Mr. Madi's request to travel internationally. Docket No. 61. In so doing, the Court modified the conditions of Mr. Madi's bond, namely, temporarily lifting the condition restricting Mr. Madi's travel to the Central District of California, allowing him to travel to Ecuador for up to 14 days, and lifting the condition forbidding him from possessing or attempting to obtain a passport or travel documents. *Id.*

3. The Court also conditioned this modification on Mr. Madi providing additional security in the form of (a) an appearance bond in the amount of $100,000 secured by and Affidavit of Surety Without Justification signed by Mr. Madi's father, Dean Reynolds; (b) collateral bond in the amount of $10,000; (c) the surrendering of the title of Mr. Madi's vehicle to the United States Clerk's Office; (d) that both Mr. Madi's father and his mother take third-party custody of him, each executing an Affidavit of Third-Party Custody, CR-31 form. *Id.*

4. The Court's Order also instructed that the modifications were temporary, and the bond conditions previously approved by the Court, Docket Nos. 53 & 57, would be reinstated upon Mr. Madi's return. Docket No. 61. Mr. Madi was to surrender his passport to United States Pretrial Services within 48 hours of his return. *Id.*

5. On April 2, 2021, Mr. Madi posted the additional security as required by the temporary modification. *See* Docket Nos. 62-71.

6. On April 3, 2021, Mr. Madi traveled to Ecuador.

7. On April 11, 2021, Mr. Madi returned to the Central District of California.

8. On April 13, 2021, Mr. Madi surrendered his passport to United States Pretrial Services Officer Kassandra Kressler. Officer Kressler filed a passport receipt with criminal intake.

9. Accordingly, the parties stipulate that:

   a. the bond conditions as previously set by this Court and agreed to by Mr. Madi, Docket Nos. 53 & 57, are reinstated;

   b. The affidavit of surety in the amount of $100,000, executed by Dean Reynolds, Docket No. 68, is exonerated;

   c. The collateral bond in the amount of $10,000, Docket No. 62, is exonerated and may be returned;

   d. The affidavit of surety secured by the title of Mr. Madi's car, Docket No. 71, is exonerated and may be returned;

e. The affidavit of third-party custodian, CR-31 forms, executed by Dean Reynolds and Irma Reynolds, Docket Nos. 64 & 66, are exonerated.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 16, 2021        /s/ Carel Alé
                             CAREL ALÉ
                             Deputy Federal Public Defender

DATED: April 16, 2021        Respectfully submitted,

                             TRACY L. WILKISON
                             Acting United States Attorney

                             BRANDON D. FOX
                             Assistant United States Attorney
                             Chief, Criminal Division

                             s/Jehan Pernas (with email authorization)
                             JEHAN PERNAS
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA