*United States Probation & Pretrial Services*

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
4/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

Kiry K. Gray
District Court Executive / Clerk of Court



Michelle A. Carey
Chief Probation & Pretrial Services Officer

PACTS No:   5712363

## Passport Receipt

Defendant Name:         Madi, Andrew Joseph

Name on passport, if different:

Country of Origin:      United States

Date passport issued:   April 2, 2021

Expiration date of passport:   April 1, 2031

Ordered by court in the Central District of California or Southern District of California

Docket Number:          2:18CR00846-1

Andrew Madi
_____
Surrendered By

April 13, 2021
_____
Date

Kassandra Kressler, USPO  K.KRen
_____
Received By

April 13, 2021
_____
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned        Temporary travel approval 04/02/21 - 04/11/21   (pp #: 655011718)
Address (if mailed)

George E. Brown, Jr. Federal Building and U.S. Courthouse, 3470 Twelfth Street, Room 161, Riverside, CA 92501-3801 / 951-328-4494 phone,
951-328-4489 fax