## United States Probation & Pretrial Services

United States District Court
Central District of California



**Kiry K. Gray**
District Court Executive / Clerk of Court

**Michelle A. Carey**
Chief Probation & Pretrial Services Officer

August 4, 2019



United States District Court
Riverside, California

                    **Re:**    **Cleared Warrant**
                          Defendant: **Madi, Andrew**
                          Docket No.: **2:18-CR-00846-1**

To Whom It May Concern:

On December 6, 2018, the defendant's bond was set by the Honorable Jacqueline Chooljian. Special conditions of the bond include: **Clear outstanding warrants and provide proof to Pretrial Services Agency (PSA).**

Please be advised that the defendant has cleared his outstanding warrant with the Harbor Justice Center in Newport Beach, California on August 2, 2019, and submitted proof to PSA as directed.

Sincerely,

*K. Kressler*

Kassandra Kressler for Jacqueline Rodriquez
United States Probation and Pretrial Services

**Headquarters**

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

**Riverside Branch**

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570