Michael Molfetta [SBN no. 151992]
Law Office Molfetta Law
3070 Bristol Street Ste 580
Costa Mesa, CA 92626
michael@michaelmolfettalaw.com

Attorneys for Defendant
ANDREW MADI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>ANDREW MADI,<br><br>                Defendant. | CASE NO. 18-cr-00846-PSG<br><br>**[Proposed]**<br><br>**COURT ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Michael Molfetta, of Molfetta Law, located at 3070 Bristol Street Ste 580, Costa Mesa, CA, 92626, email address: Michael@michaelmolfettalaw.com shall be substituted in as counsel of record for defendant, Andrew Madi, in place of Carel Ale of the Federal Defender office.

**IT IS SO ORDERED:**

Dated: _____, 2021

                                                                                                                     _____
                                                                                                                      Peter S. Gutierrez
                                                                                                                      U.S. District Court Judge