Michael Molfetta [SBN no. 151992]
Law Office Molfetta Law
3070 Bristol Street Ste 580
Costa Mesa, CA 92626
michael@michaelmolfettalaw.com

**Attorneys for Defendant
ANDREW MADI**

FILED
CLERK, U.S. DISTRICT COURT
9/27/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 78

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ANDREW MADI, ) <br> ) <br> Defendant. ) | CASE NO. 18-cr-00846-PSG <br> [~~Proposed~~] <br> **COURT ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Michael Molfetta, of Molfetta Law, located at 3070 Bristol Street Ste 580, Costa Mesa, CA, 92626, email address: Michael@michaelmolfettalaw.com shall be substituted in as counsel of record for defendant, Andrew Madi, in place of Carel Ale of the Federal Defender office.

**IT IS SO ORDERED:**

Dated: September 27, 2021

_____
Peter S. Gutierrez
U.S. District Court Judge

COURT ORDER - 1