UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff,  v.  ANDREW MADI,  Defendant. | CR No. 18-00846(A)-PSG  **FIRST SUPERSEDING INFORMATION**  [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Fentanyl] |
|---|---|

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 3, 2018, in Los Angeles County, within the Central District of California, defendant ANDREW MADI knowingly and

//
//
//
//
//
//
//
//

intentionally possessed with intent to distribute fentanyl, a Schedule II narcotic drug controlled substance.

           TRACY L. WILKISON
           United States Attorney

           SCOTT M. GARRINGER
           Assistant United States Attorney
           Chief, Criminal Division

           SHAWN J. NELSON
           Assistant United States Attorney
           Chief, International Narcotics,
           Money Laundering, and
           Racketeering Section

           CHRISTOPHER C. KENDALL
           Assistant United States Attorney
           Deputy Chief, International
           Narcotics, Money Laundering, and
           Racketeering Section

           JEHAN M. PERNAS
           Assistant United States Attorney
           International Narcotics, Money
           Laundering, and Racketeering
           Section