# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 18-846(A)-PSG  
Date: 01/28/22

Present: The Honorable Philip S. Gutierrez, Chief, ☑ District Judge / ☐ Magistrate Judge

| Wendy Hernandez (video) | CourtSmart | None | Jehan Pernas (video) |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

ANDREW MADI (video)  
☐ Custody  ☑ Bond  ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Kenneth Reed (video)  
☐ Appointed  ☑ Retained

Zoom

**PROCEEDINGS:** CHANGE OF PLEA HEARING

☑ Defendant moves to change plea to the First Superseding Information.  
☑ Defendant now enters a new and different plea of Guilty to Count(s) ONE of the First Superseding Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered

☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to Friday, 04/22/22 at 10am for sentencing.

☑ The Court vacates the court and/or jury trial date.  
☑ The pretrial conference set for 03/28/22 is off calendar as to defendant Andrew Madi.

☐ Court orders:  
**Based on the government's agreement and the fact that the defendant has mader all appearances, the Court finds it appropriate to allow the defendant to remain on bond. The defendant is ordered to appear on 04/22/22.**

☐ Other:

: 28  
Initials of Deputy Clerk  wh

cc: *Probation Office*

CR-08 (09/09)     **CRIMINAL MINUTES - CHANGE OF PLEA**