**Kenneth A. Reed**
**Law Offices of Kenneth A Reed**
**406 West Fourth Street**
**Santa Ana, CA 92701**
**(714) 953-7400**
**Fax: (714) 953-7412**
**Kenneth@kennethreedlaw.net**

Attorney for: Andrew Madi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , | Case No.: SA CR 18-0846-PSG |
| Plaintiff, | **DEFENDANT MADI'S POSITION REGARDING THE PSR, AND HIS POSITION REGARDING SENTENCING** |
| vs. | |
| ANDREW MADI, | |
| Defendant. | **Date: April 22, 2022** **Time: 10:00 a.m.** |

I.
**INTRODUCTION**

Defendant, Andrew Madi, by and through Kenneth A. Reed, his attorney of record, hereby states his position regarding the PSR and his upcoming sentencing.

II.
**DEFENDANT'S POSITION**

**Objections**

Mr. Madi has read the Presentence Report and the revised Presentence Report.  Mr. Madi does not have an outcome determinative objection to the factual statement, the criminal

history determination, or the guideline calculation in the PSR.

### III.
### Factual Issues

On January 28, 2022, Mr. Madi pleaded guilty to the First Superseding Information by written agreement.  That document charges him with Possession with Intent to Distribute Fentanyl and it asserts that on July 3,2018, Mr. Madi possessed fentanyl and intended to sell it, in violation of 21 U.S.C. §841(a)(1), 21 U.S.C. § 841(b)(1)(C).

Based on the aforementioned written agreement, Mr. Madi and the United States attorney's office agree to a base offense level of 38, pursuant to USSG §2D1.1(a)(2).

The parties reserve the right to argue that additional specific offense characteristics, adjustments, and departures apply. The parties further reserve the right to argue for a sentence outside the guideline range based on factors set forth in 18 U.S.C. § 3553(a).

### IV.
### Guideline Calculation

**Base Offense level:**

Pursuant to U.S.S.G. §2D1.1(2)(a) and (c). . . . . . . . . .  38

**Acceptance of Responsibility:**

Mr. Madi has clearly accepted

responsibility for his actions.
Therefore, both USSG §3E1.1(a)
and USSG §3E1.1(b)
are applicable here . . . . . . . . . . . . . . . . . . . .-3

**Total:**                                                      **level  35**

### IV.
### Criminal History

  Mr. Madi's criminal history calculation score results in
zero criminal history points.  As such, his criminal category
is level I.

### V.
### Sentencing Issues

     It is clear that a sentencing court must give respectful

consideration to the U.S. Sentencing Guidelines, Booker[1]

permits the court to tailor the sentence in light of other

statutory concerns as well.

     It is equally clear that Congress, the federal Courts,

and the U.S. Sentencing Commission all have recognized that 18

U.S.C. § 3553(a) lies at the heart of the sentencing

determinations.  It has often been stated that a proper

analysis of these factors, particularly the purposes of

punishment and the parsimony principle—that a district court

"impose" a sentence "sufficient, but no greater than

---

[1] United States v. Booker 543 U.S. 220 (US 2005)

1    necessary" to comply with the goals of sentencing—must include
2    the discretion to consider intervening facts and law.

3        Our Supreme Court has recognized that Section 3553(a) is
4    the ultimate touchstone in a federal sentencing determination.
5    The Supreme Court has instructed sentencing courts to first
6    calculate the appropriate guidelines range, entertain any
7    bases for a departure, and then consider the § 3553(a)
8
9    factors.  See Gall v. United States, 552 U.S. 38, 49-50 (2007)
10   (discussing this three-step process)

11       To this end, it without serious argument, that Mr. Madi,
12   like the victim in this case, Mr. Gertsch, has stuggled with the
13   drug addictions.  Both men attended more than one drug
14
15   rehabilitation program in an effort to kick their respective
16   drug addiction habits.

17       In Mr. Madi's case, calendar 2017 was a nightmare odyssey
18   from one drug rehabibilitation program to another.  From wellness
19
20   programs to recovery programs, from substance abuse clinics to
21   having a "Natrexone" implant surgically inserted into his body.
22   All undertaken in an effort to fight his drug addiction.

23       Sadly, Mr. Madi and Mr. Gertsch were not alone with their
24   addiction struggles.  "From 2002 to 2017, there was a 22-fold
25   increase in the total number of deaths involving fentanyl and
26
27   other synthetic opioids (not including methadone) and more than
28   a 7-fold increase in the number of deaths involving heroin.

Emergency department visits for suspected opioid overdoses rose by 30 percent in the U.S. from July 2016 to Sept. 2017. . . In 2020, (after the death of Mr. Gertsch and after the filing of the current criminal case for Mr. Madi) more than 92,00 Americans died from drug overdoses, a nearly 30% increase over 2019, according to a report from the Centers for Disease Control and Prevention"[2].

According to the American Medical Association (AMA), an estimated 3 to 19 percent of people who take prescription pain medications develop an addiction to them[3]. People misusing opioids may try to switch from prescription pain killers to heroin when it is more easily available. About 45 percent of people who use heroin started with an addiction to prescription opioids, according to the AMA.

This opioid prescription road was the way Mr. Madi came to his own personal life struggle with addition. It was an opioid prescription to treat the pain of having his wisdom teeth removed during his freshman year in college that began Mr. Madi's life of drug addiction. Along that road he dropped out of college, he alienated friends and family, he attended drug program after drug program, and now he faces a federal court judge who will

---

[2] American Psychiatric Association article attached hereto as **Exhibit A**

[3] AMA Alliance. Prescription Opioid Epidemic: Know the Facts **Exhibit B**

US vs. Madi          **Madi Sentencing Memorandum**          18-CR-00846-PSG

1  decide what will happen with a significant protion of the rest
2  of his life.
3       Mr. Madi would like help to address his substabce abuse
4  problems and he requests that the Court consider recommending
5  him for acceptance into the RDAP program.

7                          **VI.**
8                      **CONCLUSION**
9   Mr. Madi requests that the Court take the foregoing into
10 consideration prior to imposing the sentence in this matter.
11 Dated: April 8, 2022

13
14                          *Kenneth Reed*
                        _____
15                      **Kenneth A. Reed**
                        **Attorney for Defendant**
16
17
18
19
20
21
22
23
24
25
26
27
28

**Madi Sentencing Memorandum Exhibit A**



# Opioid Use Disorder

In 2020, more than 92,00 Americans died from drug overdoses, a nearly 30% increase over 2019, according to a <u>report from the Centers for Disease Control and Prevention</u>.

From 2002 to 2017, there was a 22-fold increase in the total number of deaths involving fentanyl and other synthetic opioids (not including methadone) and more than a 7-fold increase in the number of deaths involving heroin. Emergency department visits for suspected opioid overdoses rose by 30 percent in the U.S. from July 2016 to Sept. 2017.

The opioid crisis was declared a nationwide Public Health Emergency on Oct. 27, 2017.

# Opioids

Opioids are natural or synthetic (made in laboratories to mimic the properties of natural opioids) chemicals that interact with opioid receptors on the nerve cells in the body and brain and reduce feelings of pain. They are a class of drugs that include prescription pain relievers, synthetic opioids and heroin. Prescription opioids are meant to be used to treat acute pain (such as recovering from injury or post-surgery), chronic pain, active-phase cancer treatment, palliative care and end-of-life care. Many people rely on prescription opioids to help manage their conditions under the care of a physician.

Opioids reduce the perception of pain, but can also cause drowsiness, mental confusion, euphoria, nausea and constipation. At high doses they can depress respiration. Prescription pain relievers include oxycodone (OxyContin®) hydrocodone (Vicodin®), codeine, morphine, and others. Synthetic opioids include fentanyl, methadone, pethidine, tramadol and carfentanil.

Case 2:18-cr-00846-PSG    Document 90    Filed 04/08/22    Page 9 of 18    Page ID #:410

Fentanyl is 50 times more potent than heroin and 100 times more potent than morphine. Carfentanil, an extremely potent fentanyl analog, is estimated to be 10,000 times more potent than morphine. Pharmaceutical fentanyl is prescribed to manage severe pain. Illegally manufactured fentanyl is available in counterfeit pills or mixed with heroin and/or cocaine.[4] According to the Drug Enforcement Administration, "Fentanyl is the most prevalent and the most significant synthetic opioid threat to the United States." (May 2018) Overdoses related to use of synthetic marijuana laced with fentanyl have also been reported recently.

# Opioid Use Disorder Symptoms

Opioids produce high levels of positive reinforcement, increasing the odds that people will continue using them despite negative resulting consequences. Opioid use disorder is a chronic lifelong disorder, with serious potential consequences including disability, relapses, and death. *The Diagnostic and Statistical Manual of Mental Disorders, 5th Edition* describes opioid use disorder as a problematic pattern of opioid use leading to problems or distress, with at least two of the following occurring within a 12-month period:

1. Taking larger amounts or taking drugs over a longer period than intended.
2. Persistent desire or unsuccessful efforts to cut down or control opioid use.
3. Spending a great deal of time obtaining or using the opioid or recovering from its effects.
4. Craving, or a strong desire or urge to use opioids
5. Problems fulfilling obligations at work, school or home.
6. Continued opioid use despite having recurring social or interpersonal problems.
7. Giving up or reducing activities because of opioid use.
8. Using opioids in physically hazardous situations.
9. Continued opioid use despite ongoing physical or psychological problem likely to have been caused or worsened by opioids.
10. Tolerance (i.e., need for increased amounts or diminished effect with continued use of the same amount)
11. Experiencing withdrawal (opioid withdrawal syndrome) or taking opioids (or a closely related substance) to relieve or avoid withdrawal symptoms.

While opioid use disorder is similar to other substance use disorders in many respects, it has several unique features. Opioids can lead to physical dependence within a short time, as little as 4-8 weeks.[2] In chronic users, the abruptly stopping use of opioids leads to severe symptoms, including generalized pain, chills, cramps, diarrhea, dilated pupils, restlessness, anxiety, nausea, vomiting, insomnia, and very

intense cravings. Because these symptoms are severe it creates significant motivation to continue using opioids to prevent withdrawal.

As with other addictions, both genetic factors and environmental factors, such as ease of access, contribute to the risk of opioid use disorder. Access to prescription opioids and to heroin have contributed to the current opioid epidemic.[2]

According to the American Medical Association (AMA), an estimated 3 to 19 percent of people who take prescription pain medications develop an addiction to them.[3] People misusing opioids may try to switch from prescription pain killers to heroin when it is more easily available. About 45 percent of people who use heroin started with an addiction to prescription opioids, according to the AMA.

More than half of people misusing opioid medications report [3]

- Obtaining them for free or stealing them from a friend or family member
- Going to multiple doctors to get additional prescriptions
- Filing prescriptions at different pharmacies so that no one will notice how many pills they get each month

# Treatment

Effective treatments are available, however, only about one in four people with opioid use disorder receive specialty treatment. Medication-assisted treatment (MAT) is an effective treatment for individuals with an opioid use disorder. It involves use of medication along with counseling and behavioral therapies. Brain chemistry may contribute to an individual's mental illness as well as to their treatment. For this reason,,medications might be prescribed to help modify one's brain chemistry. Medications are also used to relieve cravings, relieve withdrawal symptoms and block the euphoric effects of opioids.

Treatment typically involves cognitive behavioral approaches, such as encouraging motivation to change and education about treatment and relapse prevention. It often includes participation in self-help programs, such as Narcotics Anonymous. MAT has been shown to help people stay in treatment, and to reduce opioid use, opioid overdoses and risks associated with opioid use disorder.

Three FDA-approved medications are commonly used to treat opioid addiction:

- <u>Methadone</u> – Prevents withdrawal symptoms and reduces cravings in people addicted to opioids. It does not cause a euphoric feeling once patients become tolerant to its effects. It is available only in specially regulated clinics.
- <u>Buprenorphine</u> – Blocks the effects of other opioids, reduces or eliminates withdrawal symptoms and reduces cravings. Buprenorphine treatment (detoxification or maintenance) is provided by specially trained and qualified physicians, nurse practitioners and physician assistants (having received a waiver from the Drug Enforcement Administration) in office-based settings.
- <u>Naltrexone</u> – Blocks the effects of other opioids preventing the feeling of euphoria. It is available from office-based providers in pill form or monthly injection.

The National Institute on Drug Abuse (NIDA) emphasizes that these medications ***do not*** substitute one addiction for another. The dosage of medication used in treatment does not get a person high—it helps reduce opioid cravings and withdrawal. It helps restore balance to the brain circuits affected by addiction.

Different levels of treatment may be needed by different individual or at different times – outpatient counseling, intensive outpatient treatment, inpatient treatment, or long-term therapeutic communities. Opioid use disorder often requires continuing care to be effective. Evidence-based care for opioid use disorder involves several components, including:

- Personalized diagnosis and treatment planning tailored to the individual and family
- Long-term management – Addiction is a chronic condition with the potential for both recovery and recurrence. Long-term outpatient care is important.
- Access to FDA-approved medications
- Effective behavioral interventions delivered by trained professionals
- Coordinated care for addiction and other conditions
- Recovery support services, such as mutual aid groups, peer support specialists, and community services

# Prevention and Public Health

## Preventing overdose

Naloxone (Narcan, Evzio) is a potentially life-saving medication used to quickly reverse an opioid overdose. It can reverse and block the effects of other opioids and return normal breathing to someone whose breathing has slowed or stopped because of an opioid overdose. It is available as a prefilled auto-injection device, as a nasal spray and as an injectable.

In April 2018, U.S. Surgeon General Jerome M. Adams, M.D., M.P.H., released a public health advisory to urge more Americans to carry naloxone. More information from NIDA on Naloxone can be found here.

## Avoiding opioids

If you or a family member is seeking treatment for acute or chronic pain seeking treatment, the AMA recommends talking with your physician about pain medications or treatments that are not opioids to avoid bringing opioids into your home.

Get more information from the CDC on non-opioid treatments for chronic pain and download a guide for managing pain for people in recovery(.pdf) from mental illness or substance use from the Substance Abuse and Mental Health Services Administration.

# Resources

## SAMHSA/HHS

- Rx Pain Medications KNOW THE OPTIONS • GET THE FACTS
- Treatments for Substance Use Disorders
- Finding Quality Treatment for Substance Use Disorders
- Treatment locator or 800-662-4358
- Facing Addiction in America: The Surgeon General's Spotlight on Opioids

# National Institute on Drug Abuse

- Effective Treatments for Opioid Addiction
- Medications to Treat Opioid Use Disorder
- Prescription Pain Medications: Opioids Guide for Teens

# Centers for Disease Control and Prevention

- Opioid Overdose, Information for Patients
- Non Opioid Treatments for Chronic Pain
- Find Treatment for Opioid Use Disorder

# Drug Enforcement Administration

- Drugs of Abuse: A DEA Resource Guide (.pdf)

# APA

- APA advocacy on opioid crisis
- Joint Principles on Opioid Crisis: Call for Comprehensive, Public Health Approach

# References

1. Centers for Disease Control and Prevention. WONDER and Overdose statistics
2. Sharma, B, et al. Opioid Use Disorders. *Child Adolesc Psychiatr Clin N Am. 2016 Jul; 25(3): 473–487.* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4920977/
3. *AMA Alliance.* Prescription Opioid Epidemic: Know the Facts
4. *Centers for Disease Control and Prevention.* Synthetic Opioid Overdose Data.

5. *Substance Abuse and Mental Health Services Administration. 2018. <u>Facing Addiction in America: The Surgeon General's Spotlight on Opioids</u>*

*Physician Reviewed*

*Andrew Saxon, M.D, chair, APA Council on Addiction Psychiatry*

*Members of the Council's Opioid Task Force:*

- *John Renner, M.D.*
- *Shelly Greenfield, M.D., M.P.H.*
- *Elie G. Aoun, M.D.*

*November 2018*

## Connect with APA

**f**  Facebook

**𝕏**  Twitter

**in**  LinkedIn

**⊡**  Instagram

**▶**  YouTube

Medical leadership for mind, brain and body.

**<u>Madi Sentencing Memorandum Exhibit B</u>**



# PRESCRIPTION OPIOID EPIDEMIC: KNOW THE FACTS



## PRESCRIPTION OPIOID EPIDEMIC:

One of the fastest growing epidemics in the United States today is prescription pain medication misuse. Opioids, a class of narcotic pain medications prescribed by doctors and filled at pharmacies, are a large contributor to this epidemic. Some examples of opioids are oxycodone, hydrocodone, and fentanyl. While opioids are often medically necessary; misuse, abuse, and addiction are becoming wide spread.

## FACTS ABOUT OPIOID ADDICTION IN THE UNITED STATES:

- As of 2017, the estimated death rate due to opioid overdose in the U.S. was 130 people a day.
- Prescription opioid misuse can affect all races, ages, economic levels, and genders.
- Over half of people misusing opioid medications report:
  - Obtaining them for free or stealing them from a friend or family member
  - Going to multiple doctors to get multiple prescriptions
  - Filling prescriptions at different pharmacies so that no one will notice how many pills they get each month
- Studies estimate that between 3-19% of people who take prescription pain medications develop an addiction to the pills.

- Risk factors of opioid addiction include previous substance abuse, mental illness, chronic pain, and genetic predisposition.
- Some people think that misusing prescription opioids is safer than "street drugs" because it is a medicine, but that is not true.
- 45% of people who use heroin started with an addiction to prescription opioids.

## SIGNS OF ADDICTION:

- Stealing or borrowing pills
- Lying about lost pills to obtain more
- Mood swings—constant irritability
- Forgetting or being distracted
- Stealing money to buy drugs
- Being dishonest to family and friends
- Losing a job or failing in school
- Losing motivation or productivity
- Staying away from home overnight or for several days
- Decreased inhibitions—doing things that they typically would not do
- Puncture marks on hands and arms or wearing long sleeves during hot weather to hide arms
- Appearing sedated or lethargic
- Changes in appetite and often sick with flu-like symptoms



Opioid Overdose Deaths By Age Group

*Data from CDC, 2014*

## SIGNS OF OVERDOSE:

People who take more opioids than are prescribed are at an increased risk for overdose and death. Signs of overdose include:

- Slowed or no breathing
- Unconsciousness
- Confusion
- Nervousness
- Pinpoint pupils
- Clammy skin
- Fatigue
- Seizures



**AT SIGNS OF OVERDOSE, IMMEDIATELY CALL 911 and administer Narcan if available. Perform rescue breathing until help arrives.**



## HOW TO TALK TO A LOVED ONE ABOUT PRESCRIPTION OPIOIDS:

- Talk to children and family members about taking **only** medicine that is prescribed to them and to **never** share medications with others.

- Explain that prescription medications are not safer than street drugs and misusing them can lead to addiction and can be life threatening.

- Explain how accidental overdose can occur:
  - Taking more pills or more frequently than prescribed
  - Mixing pills with alcohol or other medications

## AVOIDING ADDICTION AND OVERDOSE:

- Discuss with your physician alternative pain medications or other pain treatments to avoid bringing opioids into your home.

- Ask your physician for pain medications that are **not opioids** when non-prescription pain relievers do not work.

- Naloxone (or Narcan) is a medication that reverses the effects of opioids and is effective in preventing death from an overdose, as does rescue breathing.

- Ask your doctor or pharmacist if Naloxone is right for you or a family member.

## SEEKING TREATMENT FOR ADDICTION:

*Opioid addiction may be a biological response to misuse of properly prescribed medications. Please talk to your physician.*

Possible treatments include:

- Medication
- Behavioral Therapy
- Inpatient or outpatient therapy

## SAFE STORAGE AND DISPOSAL OF PAIN MEDICATIONS:

- Keep medications hidden safely out of sight. Lock up prescription pain medication in the home.

- Keep a count of all pills to notice if any are missing.

  - Track pills for loved ones who may have difficulty such as a child, adult with memory problems, or a seriously ill person.

- Dispose of all prescription pain medications when they are no longer needed:

  - Use safe local disposal sites and information found at **www.deadiversion.usdoj.gov/drug _disposal/takeback**

*All material provided in this brochure is intended for informational purposes only and should not be used to replace a consult by a physician, nor the advice of a qualified professional. This brochure was developed as a collaboration between the AMA Alliance and Missouri State University Master of Public Health Program.*

## ADDITIONAL RESOURCES:

http://www.cdc.gov/drugoverdose/epidemic/index.html

For questions regarding research included in this brochure and to view our video, please visit:

**WWW.AMAALLIANCE.ORG**



©2019 American Medical Association Alliance, Inc.