JEHAN M. PERNAS (Cal. Bar No. 320584)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 18-CR-846-PSG |
| v. | |
| ANDREW MADI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

Government's Document Under Seal and Ex parte Application for Sealing Document and Proposed Order Sealing Document(s).

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

April 8, 2022
Date

Jehan M. Pernas
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING