**Kenneth A. Reed**
**Law Offices of Kenneth A Reed**
**406 West Fourth Street**
**Santa Ana, CA 92701**
**(714) 953-7400**
**Fax: (714) 953-7412**
**Kenneth@kennethreedlaw.net**

Attorney for: Andrew Madi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR 18-0846-PSG |
| Plaintiff, | **DEFENDANT MADI'S SUPPLEMENTAL SENTENCING MEMORANDUM** |
| vs. | |
| ANDREW MADI, | **Date: April 22, 2022** |
| | **Time: 10:00 a.m.** |
| Defendant. | |

**I.**
**INTRODUCTION**

Defendant, Andrew Madi, by and through Kenneth A. Reed, his attorney of record, hereby states his position regarding the PSR and his upcoming sentencing.

**V.**
**Sentencing Issues**

Mr. Madi would like to submit th following letter from family and friends in his support.

- Ximena Reynolds (Mother)

- Dean Reynolds (Step-father)

- Art Kinsey (father of Kayla Kinsey)

- Dilon Reynolds, (Cousin)
- Angela Clark (family friend)
- Jacob R. Herr (friend)
- Jennifer Pecorella (family friend)
- Kala Kinsey (girlfriend)
- Amy Loska (therapist)
- Shashona Reynolds (sister)
- Erin Hernandez (former employer)
- Kristine Gyamfi (friend)
- Derek Reynolds (brother)
- Natalie Reynolds (sister)
- Peter Quesada (friend)
- Summer Reyes (friend)
- Caleb Pilarski (former employer)
- Bob Reynolds (uncle)

////

////

////

////

////

////

////

////

- Mike Reynolds (uncle)

## VI.
## CONCLUSION

Mr. Madi requests that the Court take the foregoing into consideration prior to imposing the sentence in this matter.

Dated: April 17, 2022

*Kenneth Reed*
_____

**Kenneth A. Reed**
**Attorney for Defendant**

**Ximena Reynolds**
**Mother**

April 15, 2022

To the Honorable Philip S. Gutierrez,

My name is Irma Ximena Reynolds, I am the mother of Andrew Madi. Andrew has been always very close to me as we have faced challenges together, when Andrew was 4 months old (March -1994) I found out his father, Joseph Madi, was married to another woman, I tried to make our marriage work but the lies continued to destroy our relationship. I had to request an official annulment for our marriage and was approved by the law.

I met my future husband, Dean Reynolds, after I was separated, we started a friendship without intentions to begin a relationship. Andrew was my priority, but I truly believe God places good people in your life with a purpose and Dean was one of them.

When Andrew was about 9 months old, we moved to Topeka, Kansas to live with an amazing family back when I was an exchange student, and the family wanted to support me and Andrew to start a new life. I didn't have to work and I was able to stay home taking care of Andrew, free of stress.

On October of 1994, Andrew met his future step dad (Andrew was 11 months old), Dean Reynolds, and they both connected. Dean was very loving and caring, as a single mom that was very important for me. I married Dean Reynolds on December 28, 1996. Since then, we had two additional kids, Derek and Natalie and it was a beginning for our life as a family in San Clemente, California.

Andrew grew up with an amazing step father figure who taught Andrew to be polite, kind, loving and respectful. Andrew's father Joseph Madi, was present on and off in Andrew's life, he will suddenly call or show up by the door and then disappeared. In one occasion, we didn't see or hear from him for about two years. When Andrew was

around 12 years old his dad, Joseph Madi (44 years old) passed away suddenly by a heart attack. This was very hard for Andrew. After this event, Andrew's behavior was more difficult than normal, he always had strong temper, but definitely Andrew was angry and hurt. Family therapy helped Andrew, he seemed to be happier, excelled in school and sports. Andrew was smart and driven, he wanted to become an orthopedic doctor, he had big dreams. Andrew loved playing soccer, he was committed and trained hard to become part of his high school team.

Andrew applied for college and was accepted at Northern Arizona University. We were so proud and happy for him. It was a dream as his mother to see Andrew to earn a college degree.

During his last year of high school, his behavior changed, he became more explosive, family became less important and friends more important, we though was part of a teenager life process while getting ready to college. As we trusted Andrew to continue to excel in college, we had make plans to move to Ecuador, South America where I am from.

Andrew's college life from the beginning was a constant struggle. He was expelled twice, to my shocking surprise he was smoking pot and getting in fights. Andrew kept average grades, but I knew something was wrong, when we talked he simply said he felt very unhappy and extremely anxious with his life. Two years after, we decided to comeback to USA and Andrew decided to move back to California and into our house.

For first time, as a mother I experienced the reality of an addiction. Andrew slept all day and when he was awake, he was mean, moody, irritable, he had no appetite. I was going crazy trying to figure out what it was. We offered him family therapy, but it didn't help. We started to search his room, his car and to check his phone, initially we thought was just "weed"  and I was told by Andrew that was "normal" as it

helped with his anxiety. I don't believe in the benefits of weed, in my opinion week was the pathway to Andrews addiction.

I searched his room constantly and in addition to weed, found pills and a form of heroin. We were torn and broken heart, by recognizing that Andrew was involved in different kinds of drugs. As his mother, also my behavior changed, I became obsessed to help Andrew and many times in denial with this addiction and as a mother, I wanted to save Andrew. I believed on his lies, asking for money or pretending that he was feeling sick and couldn't find a job, an addict is a very effective in manipulation, so when we tried to set boundaries (we kick him out of the house in multiple occasions), Andrew convinced us that he will improve his behavior and promised multiple times he wont be taking pills or doing drugs, but he never stopped.

 Andrew's behavior continued with violent, crazy and erratic. My husband asked me to leave the house with our younger daughter, he wanted to wait for Andrew and was going to call the police. My husband was kicking Andrew out of the house and wanted the police there when asked Andrew to leave the house. We didn't see Andrew for months as we were advised that the only way to save and addict is to let them touch bottom without family or friends.

As a mother, I didn't understand the concept of "letting your kid touch bottom" this means no help, or basically, if you kids is willing to overdose you need to let this happen, because that is his choice.

I struggled mentally to accept the addiction of my son. I was diagnosed as a co-dependent parent, as I was trying to do everything to save him, including failing my marriage, we were very close to a divorce. My other two kids were hurt by the obsession I had for Andrew, as I completely ignored their needs for love and care, when you become co-dependent parent of and addict. You believe no one understands the pain and you sink with guilt and remorse of that you could have done right for the addict. I became closer to God, continue

to follow family therapy and I was able to find peace on letting Andrew find his own way.

Andrew was in and out of treatment centers trying to get sober, but he failed multiple time, when I wasn't in contact with Andrew, my heart was always with him and mentally I was always thinking about him, many nights without sleep and wondering if he will be hungry or cold, or waiting for a sheriff to inform my son is in a hospital or maybe death. Addiction could kill the addict, but kills deeply the relationship within the family.

Andrew's arrest was not a surprise, in some way we were relieved, he was alive. Jail time taught him to value his family, he found God as his strength and support, the system provided Andrew with the opportunity to become sober and he has maintain his sobriety for the past 3.5 years and he continues grow his spirit as a Christian believer with time he rebuild the trust and relationship with our family, lived initially in a sober home, found a job, did volunteer work and helped and supported addicts that experience the up and downs and the struggle with addiction, and then he moved to live back in our house in San Clemente. We were afraid as Andrew has disappointed us and failed our trust for many years, but this time was different. Day by day, Andrew was the loving, respectful and trustworthy son that we raised. We laughed again and share deep conversations about his addiction, the pain he has caused on many people. Andrew has grown a very deep appreciation for family and friends who will support him even when he goes to jail.

A life was taken because two young men, both suffering from addiction. One request to buy, the other to sell. Two families have been broken in pain, one son goes to jail and the other one has died. The problem is not solved, and never will be solved, please give hope and mercy to an addict that has shown remorse, affliction, desire, and the commitment to change.

 Andrew will always have a deep remorse of his bad decisions and lives everyday with the pain of his mistakes. He is facing with courage the consequences of his actions. Andrew never meant to harm anyone. He was sick by the horrific disease of addiction. As a mother, I implore you to have mercy and compassion.

Sincerely,

*Ximena Reynolds*

Ximena Reynolds

**Dean Reynolds**
**Step-Father**

April 15, 2022

To the Honorable Philip S. Gutierrez,

I write to the federal government during a very difficult time and situation for two families greatly impacted by their children's addiction. It is with overwhelming remorse to write such a letter detailing my stepson's (Andrew J. Madi) challenges he has dealt with in his life, that I firmly believe, lead him to a drug use and ultimately, addiction.

My wife and I married in December or 1996. Andrew has been my stepson (though I call him my son) since he was around two years old. At that young age, and for many years after, Andrew didn't understand the difference between me and his biological father. Naturally, Andrew was filled with happiness when spending time with his father. Andrew's father lived an hour away in Los Angeles and often would miss weekends due to either the drive to San Clemente or his work. Unfortunately, this continually created problems for all of us. Eventually his father remarried and had a child with his new wife. We weren't sure if this impacted Andrew in any negative way. After a few years of semi-regular visits, Andrew would be around nine years old or so, his father stopped calling and visiting. We had no idea where he was, and he made no contact with us or Andrew. This was devastating to Andrew. When his father reappeared after almost two years, his father made up, what we believed, were lies on his whereabouts. He said he was in his native country of Brazil with family and also in the hospital with severe health problems.

Carefully, we allowed his father to re-enter Andrew's life. After a couple years of being back in Andrew's life, his father passes away. His father was only forty-four, and Andrew was about twelve years old. As anyone could imagine, this was devastating to Andrew. At the time, neither my wife nor I understand what anxiety really meant in a child, but looking back on it, Andrew really was filled with anxiety. The following years proved to be challenging for us as a family.

By this time, our family had grown by two more children with a brother and sister to Andrew. My personal work schedule during the years of 2002 to 2008 was hard for the everyone. I was travelling half the month and problems were growing at home – especially with Andrew. He and I were having lots of confrontations in his high school years. My wife and I figured most of the problems were typically teenager problems, but in hindsight, I believe we missed the signs of Andrew's deepening pain and anxiety. Our confrontations weren't physical, as in beatings, but lots of holding back and wrestling during verbal outbreaks at his mom, or siblings.

Andrew is a bright kid and was excited to start college. We felt his move to college would be good for him and provide some independence. He went to Northern Arizona University. My wife and I moved to her native country of Ecuador after Andrew settled into college. Once again, we didn't think about the move having an effect on Andrew, but it did. He blamed us for many things, especially that we had abandoned him. My wife and I truly didn't understand how Andrew could be thinking this, as all he wanted was to go off to college and start his own life. During our time away, huge problems with Andrew continued while in college. We had no idea that his behavior was due to drug use. We never-ever thought Andrew would turn to drugs, and because of this, we never saw the warning signs. After two years in Ecuador, we moved back to San Clemente. Andrew asked if he could come back and live

with us. We welcomed him back. Shortly after, but still oblivious, we started seeing all sorts of crazy behavior from Andrew. Andrew denied everything we talked to him about his behavior. He became very manipulative with us, blaming us for his problems, refusing to acknowledge bizarre events we witnessed first-hand, and created divisions between my wife and I, and our daughter. Andrew would continue to lose his jobs then turn it against us. I could write pages and pages of events that happened in the house, but best to say, it forced my wife and I to really press into understanding the drug use, and eventually determining his was an addict.

Eventually, we had to kick him out of the house. He lived in his car until one point he was picked up by a rehab center. This was the beginning of many failed attempts to get clean. Eventually, we lost all contact with him and had to find comfort in not hearing bad news from the police or a hospital. I still remember the day when a deputy called me to say Andrew had been arrested.

The following months and year proved to be a huge challenge for Andrew to work through his addition, but from all reports during treatment, Andrew never failed any drug test or had disciplinary problems. Andrew is an example that the system can work for a person if the person is willing to own their addiction and work at the psychological side of addiction. After his mandated treatment, then followed by living in a sober home, Andrew moved back home. He has maintained his sobriety, his employment, paying rent at home, and met all requirements with his parole officer for over three years. I see Andrew owning his addiction, and the crime that came from it. I see him deeply remorseful of the outcome and has continued with private professional counseling and group sessions at our local church. He helps other friends dealing with sobriety by attending meetings with them in support, but I believe for himself too. I know Andrew is cured of addiction, and I am so proud of him for facing the all the problems from his past head on and coming out of it a changed man. I love my son.

As parents, we are devastated with the tragedy for all involved, as the core of this tragedy, is addiction.

With respect,

*Dean Reynolds*

Dean Reynolds

**Frank Lopez**
**Housing Services**
**Manager**

April 8, 2022

To whom this may concern:

In 2019 as the world seemed to come to a halt due to a global pandemic, the rising need for mental health surged along with it. During this time, I landed a position at First Light Recovery working with individuals suffering with mental health and substance abuse. Working in this field requires strong effort from the staff to overcome emotional obstacles while being structured enough to make a difference in a person's life.

I am writing this letter on behalf of Andrew Madi. I met Andrew in 2019 while working at FLR. While we shared many moments in serving our community, we quickly developed a close bond and friendship. Andrew's work ethic demonstrated him as responsible and focused. He was reliable, honest, and always had our client's best interest at hand. Unaware of Andrew's ongoing legal case, this young man managed to show up every day for our clients. He was committee to seeing them succeed. Andrew soon enough briefed me about his challenges. He addressed his shortfall in judgement and how he had accepted responsibilities for his actions.

Working in this field for over 20 years I've come across individuals who are unable to recognize the error of their ways. However, Andrew has not only accepted, but has worked endlessly to change his life around. Staggering legal issues can take a toll on people but Andrew has set goals in his life to change for the better. I admired his effort to change his life around, but what impressed me most about Andrew is how he uses his past experiences to help others in need. He is perfect example of a young man who was given a second chance at life. Alike the clients we serve, Andrew too is a success story. He continues to make the necessary changes to move forward. I am proud of his grit and ability to overcome the many obstacles he has faced.


Best,

Frank Lopez

Housing Services Manager

(949) 208-3927

flopez@jamboreehousing.com

**Art Kinsey**
**Father of Kayla Kinsey**

To Honorable Philip S. Gutierrez:

I am writing this letter because I believe that Andrew Madi is a young man of exceptional character. Andrew has been in a relationship with my daughter for a number of years now and I have always been pleased to see the joy they bring each other.

Despite the difficult patch that he went through, Andrew's behavior and willingness to accept responsibility for his actions both while being held in custody, and later in supervised living, show that he is a leader that is truly regretful about what happened.

The first time Kayla brought Andrew to a family dinner, my mother pulled me aside and said, "he is a good one… Grandmothers know these things." I asked her to explain, and she went on to describe how when we all sat down, Andrew first filled her water glass, and then Kayla's, before finally filling his own. "And it is quite obvious that he is a kind soul," she continued. To this day, I believe her initial assessment was spot on.

In my opinion, Andrew has learned some rather serious lessons and more than paid for his error in judgment. On his behalf, I would ask that the court take his strength of character and exemplary behavior into account, sentence with a light hand, and allow him to move forward with his life.

Sincerely,
Art Kinsey
*Father of Kayla Kinsey*

**Dilon Reynolds, MPA**
**cousin**

April 12, 2022

Dear Honorable Philip S. Gutierrez,

I am writing this letter on behalf of Andrew Madi. My name is Dilon Reynolds and I am Andrew's cousin. Growing up, Andrew and I were inseparable, we did everything together. All my greatest childhood memories are with him, the good times and bad times. The bond that we had from such a young age is something I wish everyone could have growing up. I don't consider Andrew my cousin, I consider him my brother, the brother I never had. We shared our lives together, all our secrets, all our sadness, all our laughs, ever second of everyday we were together. As we got older and headed to high school, we were having the times of our lives. We both got our drivers licenses, we worked at the same restaurant my uncle owned; it was hands down the best days of my life.

In 2012, Andrew graduated high school and headed to college, I was already in college in San Francisco. We spoke all the time throughout college, like nothing had changed. In 2016, I noticed something was wrong, and Andrew wasn't the person I once knew. His struggle with drugs and addiction caught up to him and it was taking over his life. The secrets, the lies, the untrustworthiness was surrounding him. This disease is unfortunately too common in America and I never knew that someone so close to me was going to be affected by this horrible addiction. The bond and trust we once had was starting to fade. I couldn't rely on Andrew; I couldn't trust him; but no matter what I always had his back because he is my brother.

In 2018, my life came to a stop. When I received the call about Andrew and what had happened, I was devastated, I was angry, I was numb. Despite all of this, and the legal issues Andrew was facing, Andrew and I never stopped talking. The bond we once had started to come back and little by little it felt like we were back, back to how things started. Andrew opened up to me and explained all that happened and all that he is faced with. What Andrew is charged with is no secret, he doesn't want to keep it a secret because Andrew has accepted responsibility for his actions and wants to change.

Being sober a little 3 years, Andrew has made giants leaps. I can't begin to explain how proud I am of him for all the success he has had in the last few years. All of the hard work he has done and all that he is giving back to his community by working in mental health and substance abuse facilities goes to show that Andrew cares and knows what he did and wants to continue to fight not only for himself but for those who are experiencing long term mental health and substance abuse issues. Working in these facilities, surrounded by all the drugs and alcohol, Andrew continued to stay sober; his vision of success was endless. By accepting responsibility of what he has done and what he is charged with allowed him to be vulnerable and help others who are in desperate need, just like he was. Andrew is the success story that all who suffer with mental health and substance abuse strive to be. Andrew was given a second chance at life and I am beyond proud of him. I admire all that he has done and all that he is doing to move forward and continue to be the success story he is.

Best,

Dilon Reynolds, MPA
Office of Emergency Services Coordinator
(949) 547-7746
dilonreynolds91@gmail.com

**Angela Clark**
**Family Friend**

Your Honor,

I have known Andrew Madi since he was sixteen years old.  He spent a lot of time at my house during his teen years and into his twenties. He was always the young man that took my trash out without being asked, cleaned dishes, and helped in any way he could when he was a guest.  He has remained a loyal and best friend of my son over the last ten years as well as has kept his relationship with our entire family.  Witnessing Andrew's life over the years he is loyal, caring, and committed to so many. It is devasting to see a young man be in this situation with so much potential.

Andrew is having to face unbelievable circumstances in his life.   What I have witnessed is a person that has stayed positive, honored his sobriety, and followed through with the requests from the court over the last three years since his arrest.  He has remained strong in his faith and continues to be there for his friends and family.  He has a big heart and has always been there for our family throughout the years.

As a mother of a son and daughter I humbly ask you to look at Andrew as a son, a friend, a grandson and have grace upon him.  He has so much to give to this world and I do believe he will continue his personal growth in the most positive way to build a productive life.

Sincerely,

Angela Clark
949-413-0016
angelaclarkoc@gmail.com
04/10/2022

**Jacob Robert Herr**
**friend**

04/08/2022

To Whom It May Concern

My name is Jacob R. Herr, and I am writing this letter as a reference of character for my good friend, Andrew Joseph Madi. I have known Andew since Junior year of high school 2011. When I first met Andrew, I immediately understood that he was a genuine and kind person. We remained friends throughout High School and Andrew was always a pleasure to be around, his actions always stood out to me as a sharp contrast to the rest of our classmates. He always had a calm and relaxed demeanor and put others first. His kindness, selflessness and generosity stood out to me and those qualities about him I have always found admirable. After High School, we kept in contact for several years until eventually falling off due to lack of frequent communication.

Years later in 2020 we became re-acquainted by coincidence when he came into my retail store. That old friendship was immediately picked back up and it was great to see him in better spirits than ever. After speaking with him for a while I had found out that he was also in recovery and had been sober 2 years at the time. I was stunned to find this out as I had a similar experience and have been sober since January 31st, 2019. Andrew and I attended a meeting of alcoholics anonymous that night for him to celebrate his 2nd birthday and have been in constant contact and have regularly attended meetings together since.

I am aware of the allegations that have been made against him in his federal case. This set of circumstances, as shocking as it is, does not even remotely describe the Andew that I have known for the past 11 years. In the past couple of years, the previously mentioned character traits I had always known have flourished and grown. I have seen Andrew support fellow alcoholics and addicts including myself with their recovery and provide words of comfort and hope. Although hard to imagine for some, the circumstances we get ourselves into as drug addicts and alcoholics are often very serious and not reflections of our true character, rather that of our addictions and character defects, personified and escalated. I personally went down and painful road with alcohol and drugs and I am grateful to have come out the other side as a strong sober man. I see many great qualities in Andrew that he can bring to society, and I believe that he will continue to do the right thing and use his negative experience to the positive benefit of others as he always has.

Thank you for your time and consideration,

Jacob Robert Herr

910-444-9825

Airjake777@icloud.com

Jennifer Pecorella
Andrew's mom
best friend.

To whom it may concern:

I have known Andrew and his family for 16 years, our family spent a lot of time together as friends and neighbors. Andrew always stood out to me from the moment we met, I had two small kids and Andrew was always willing to help. Andrew was kind, social, respectful and funny and an absolute pleasure to be around.

As Andrew got older the conversations with him got more and more meaningful, he had a passion for life and sports and excelled as his parents shared that after many years of playing soccer he made to the soccer team of San Clemente high school, which is hard and challenging to become part of.

There was definitely challenging times for the family when he was a teenager, but it seemed to be managed very well by his parents. His mom shared with me about Andrew going to family therapy to help him heal from past traumas of his biological father coming in and out of his life, then passing away around age 12. His parents loved him and were very supportive.

Andrew went to college in Arizona and I didn't see him for a couple of years, during his last college year his mom, who is a very close friend shared with me the family struggles. Andrew, was failing classes, feeling unhappy and experiencing anxiety, the family supported his decision to move back to California.

Few months after Andrew moved back, his parents begun to witness his addiction and behavior with multiple times he was place in recovery treatments, but Andrew didn't see to become sober, his mom shared her constant pain and stress combined with lack of sleep and marriage challenges. The siblings did not wanted to see or spent time with their brother. Andrew's addiction was taking a huge toll on the family. The family struggled for over 2 years with his addiction, it was very sad to receive the news that Andrew ended up in jail.

Few months after Andrew's mom shared that Andrew was temporarily released from jail on bond and would be placed in treatment during the investigation of his case. Parents started to visit Andrew as he seemed to be progressing with his sobriety, also Andrew had become a Christian and spiritually he had become close to God. I was very happy to hear Andrew found support spiritually and a peaceful path.

When Andrew moved back to his parents house, we spent time together with meaningful and interesting conversations, he is smart, funny and very charming. I love dogs and Andrew does too! Its always fun to talk to him as we have that in common. I have witnessed his sobriety and change, and Andrew has become again the amazing young man that was raised by a great loving family.

Andrew owns his horrible mistakes as an addict, but I have witness Andrew's efforts and desire to change, he has become a responsible, loving, hard working young men. Andrew celebrated 3 years of sobriety and is kind and caring. Addiction took a big part of his life, but also he has become a better young men that is grateful for a new opportunity to live a clean life and with full appreciation for life, family and friends.


Sincerely,


Jennifer Pecorella
Andrew's mom - best friend.

**Kayla Kinsey**
**Girlfriend**

April 14th, 2022


To Honorable Philip S Gutierrez:

I met Andrew Madi in June of 2017 and we began a serious relationship during the months to follow. He was always honest with me about his prior experience with addiction, however sometime in 2018 unbeknownst to me, he unfortunately relapsed. I began noticing small changes in his habits, his temperament, and desires, but by the Fall – I could no longer recognize the person I knew and loved.

This wasn't my first time dealing with a victim of addiction. My mother was an alcoholic who died suddenly in 2015, at 45 years old. Addiction is a perilous disease that plagues families everywhere, far too frequently. I believe that the individuals who are lucky enough to come out on the other side with honor and respect for their sobriety, like Andrew, hold a unique sense of responsibility to position themselves in a way that allows them to give back, and walk others through the path of sobriety. Andrew openly and proudly echoes these beliefs in a way he didn't before, and proves to me how dedicated he is to this new life chapter.

To say that Andrew is a different person would be a vast understatement. He has accepted accountability for his wrongdoings, made every effort to right them, and actively works to better himself and the people around him on a daily basis. With 40 months clean, and counting, he is a leader in the sober community, who values his loved ones above all else.

Andrew possesses a deep understanding of how fortunate he is to have a second chance at life, as a sober, productive, and giving member of society. I can say with absolute certainty that it would not be a mistake to exercise grace when it comes to deciding the future of this exceptional human being. I respectfully request that you have mercy, consider how far he has come, and how much he has to lose.

Andrew has so much good to do and give to this world. And I know with all of my heart that he is meant to do so as a free man, now.

With hope,
Kayla Kinsey

**Amy Loska**
**Therapist, ASW 92734**

April 12th, 2022

To the Honorable Philip S Gutierrez:

I am writing this letter on behalf of Andrew Madi. During 2020, at First Light Recovery, I was a primary therapist and observed Andrew received a job as a Behavioral Health Technician. He is someone you immediately connect with; he is very charismatic and personable. He always has a smile and brought positive energy, an optimal candidate while working in mental health/ substance abuse residential treatment.

Andrew provided reliability, flexibility and promptness daily for his coworkers and clients. He was open about his history with decision making, and willingly to share about his remorse, regret, shame and responsibility from mistakes made in prior years. I have personally watched Andrew grow emotional and mentally along with watching him touching hundreds of clients.

I am aware of the charges Andrew faces and I do not believe he should be bound by his failures in this court room. Andrew is an individual who brightens a room with his spirit and strength, and provides a non-judgmental environment for his friends, family, and clients. I have observed him address clients with severe mental health issues ranging from mild mood disorders to suicide attempts during their short treatment stay, he maintained being empathetic, decisive and professional in order to meet the clients needs and communicating with management. I truly admire Andrew's ability to be positive and flourish from his aberrations and judgements while maintaining his sobriety in order to contribute to moving his life forward and using his experience to aid others.

Often working with clientele in a rehabilitation treatment program individuals find themselves in the cycle of recidivism though Andrew has shown and continues to be a triumph while sharing, relating, and being an example for individuals struggling with addiction and mental health challenges. Andrew being locked up for a long time would be a loss to our community and enable the belief individuals cannot change, and learn from their past.

I commend and respect Andrew for the challenge he has overcome and continues to face from his past decisions.

Sincerely,

Amy Loska
Therapist, ASW 92734
The Center for the Treatment of Addiction / First Light Recovery


(949) 338-2922
amyloska@icloud.com

**Shashona Reynolds**
**life long friend**

Shashona Reynolds

34 Rambling Ln.

Aliso Viejo, CA 92656


April 13, 2022



To whom it may concern:

Thank you for the opportunity to provide you with this letter on behalf of my nephew Andrew Madi.  My name is Shashona Reynolds.  I am the Director of Events for Mastro's Steakhouse and have been employed with this company for over 11 years. I have known Andrew since he was a year old.  I have had the pleasure of watching Andrew grow up alongside my daughter Kendall (his cousin) and attend the same high school in the close-knit beach community of San Clemente, CA.  I have spent many holidays and life moments with Andrew over the years.  I am aware that Andrew has struggled with addiction, which at one point resulted in the reason why we are here now.  The events were shocking and have been heart-wrenching for our family.

Andrew acknowledges that this offense has resulted in pain for all families involved, and although unable to undo the offenses done, he is committed to turning his life around.  I know Andrew is truly remorseful for the events that occurred and is committed to his sobriety, as well as his commitment to God and faith.  Andrew is one of the kindest/sweetest people I know – always quick to lean over with a big hug for his 5'1" aunt.  I am pleading that the court to take this into consideration.  Please know that he is also surrounded by family and friends who are committed to seeing him succeed in becoming a long-term contributing member of society.

Thank you for your time and cosnideration.


Sincerely,

Shashona Reynolds

**Erin Hernandez**
**Operational Manager/Administrator**

To The Honorable Philip S. Gutierrez:


My name is Erin Hernandez, and I am writing a letter on behalf of Andrew Madi. I hired Andrew to work as a mental health technician in 2020. When I first met Andrew, I immediately knew I wanted him on our team. He is honest and presentable. Andrew was always on time and did fantastic with interacting and helping the mental health patients reach their goals in getting to understand and manage their mental health. Andrew would go out of his way and make sure the patients were taken care of. When Andrew told me he was leaving to go to another company to better himself I was sad to see him leave as all the patients and staff loved working with him and I enjoyed him being part of the team.

After Andrew left to work on building his dream career he has always stayed in touch and is always open to helping us out when needed. Andrew has done things in the past and he has changed for the better. I am asking the courts, jurors, and prosecutors to please understand he has been clean and sober and has done everything is his power to continue to be a better person. He will always be welcome to come back and work for me. I am praying all the progress he has made in the past few years shows just the type of person he has become.

I am pleased to know Andrew and I am proud of his accomplishments and how he has changed his life around for the better. Because of the changes he has made I am praying he has proven himself to not be that same person and he has learned from his mistakes and wants to continue helping the mental health community alongside the substance abuse community.



Sincerely,

Erin Hernandez
Operational Manager/Administrator
562-308-6038

**Kristine Gyamfi**
**Friend**

Honorable Judge Philip S. Gutierrz,


      Hello, my name is Kristine Gyamfi. I have been friends with Andrew the defendant for about 3 years now. Upon meeting him I knew we would be good friends. As one of my very first friends when I moved out to California for school, having someone like Andrew in my life was a blessing. We had originally bonded over church when we met, we both knew our relationship with God needed growth and consistency and we could help each other in that aspect. Andrew is kind, considerate, and has such a sincere soul. After knowing him for 2 weeks my birthday had arrived and he knew I did not have anyone out here to celebrate with me. He took me out to lunch, spent the day with me and for that I am forever grateful. He has been there for me from the very beginning and has been my closest friend since. I know I can count on him whenever I need him. As we have gotten to know each other over the years I see his resilience, everything that has been thrown at him concerning his case, Andrew has held his head high and kept on moving. I rarely saw him down as everything was looming over him, every drawback he pushed through. I have never heard him make excuses for what got him in this position. He accepted the part he played in what happened and has been doing everything in his power to be on the right path and stay there. I can only imagine what he has been going through mentally and emotionally but he still prevails. He inspires me because life has not been easy for him but he still finds a way to keep pushing and moving forward.


Respectfully yours,

Kristine Gyamfi

Derick Charles Reynolds
Brother

Derek Charles Reynolds
560 45TH Ave
San Francisco, CA 94121
April 12th, 2022

To Whom This May Concern,

I'm writing on behalf of my brother Andrew Madi. Thank you in advance for taking the time to read this. It is a privilege to have the opportunity to write this.

For as long as I can possibly remember, Andrew has always had a positive impact in my life, whether that be in school, playing sports, or in my professional career. He has always encouraged me to be the best version of myself and to always treat others with respect and empathy. I'm truly grateful to call him my big brother.

Despite my brother's struggles with addiction a few years ago, I couldn't be more proud of the person he is today and the massive hurdles he's overcome. Seeing how much he has truly evolved within the last three years within the community, his workplace, and our family is incredible. His ability to help others and be the positive reinforcement that so many people need nowadays is truly special to witness firsthand, and I hope to replicate those same characteristics in my everyday life. I sincerely believe that Andrew's mission to leave a positive footprint in this world is just the beginning of something beautiful, and with all things considered, our family and friends will always support and love him by continuing to show our support every day for many years to come.

I sincerely hope the court takes this letter into consideration at the time of sentencing, and I can't thank you enough for your time in reading this.

Sincerely,

*Derek Charles Reynolds*

Derek Charles Reynolds

**Natalie Reynolds**
sister

April 13, 2022

To whom it may concern,

Strength is defined as "the capacity of an object or substance to withstand great force or pressure." My older brother Andrew Madi, is the living representation of strength. I believe that the day my brother was born was the day he began an uphill battle that he continues to climb to this day. But with great strength, capacity to withstand force, determination, and a lot of hard times I've had the luck of seeing my older brother triumph through the difficulties. Difficulties that consist of losing his biological father at a very young age, dealing with behavioral impulses, addiction, and trauma.  I know some people will never have the luck of seeing their loved one triumph through the difficulties of addiction, and for that my family and I will always be indebted to God. To be able to see Andrew in his best self today, is a blessing that my family and I acknowledge everyday.

Andrew Madi is not a criminal. He is a victim of the chokehold of addiction. On paper, it may seem that my brother, Andrew Madi is a cold-hearted person, but in all honesty I am here to explain that I saw first hand how this disease controlled my brother's mind, heart and moral compass. I know my brother Andrew; he protected me at 1 years old, played dress up with me at 5 years old, rode bikes with me at 8, took me to waterparks at 10, drove me to Carl's Jr and Blockbuster at 12. My brother was not there for me at 13, during my awkward middle school years. My brother was not there for my first day of highschool at 15, and for my prom at 17. Instead he was dealing with an invisible enemy that I could never understand at the time. Addiction. My brother's addiction implicated issues across the rest of our family, issues that I resented him for. My mother's pain and my father's stress made for a very turbulent time in the household. I was young and did not understand the extent to Andrew's addiction or addiction itself really. Through these hardships, Andrew has picked up the pieces and although it took a lot of pain, suffering, trauma and stress for everyone I can firmly and honestly say that every part of Andrew has changed since the tragedy in 2018. If my older brother, Andrew Madi, were a criminal he would not be included in the 24% of Americans that have stayed sober for 1-5 years post addiction. He would not have repaired every single healthy and honest relationship he had prior to his addiction, being his family and close friends. He has kept jobs, relationships and friendships. You would never think in one million years that Andrew has been through what he has been through if you weren't told. It would be an unjust decision to put someone of so much potential, so much strength and so much love for the world behind bars.

Andrew loves Mexican food and chick-fil-a,  video games, music, energy drinks and making friends. He loves our family, nerdy movies and animals, especially our dog. He's hilarious, sociable and has a bright amicable energy. He is one of those people that makes you feel like you've known him for 10 years and not 10 minutes. He has the biggest smile, loud laugh and obnoxiously funny mannerisms. He is my big brother, the person I look up to. No matter what happened in the past Andrew proves to me time and time again that no matter what life throws at him, he'll take the hit and come back stronger.  His destiny and purpose goes beyond the four walls he may be bound to by your decision. He is resilient.

I feel deep empathy for the Gertsh family. I will never truly know the pain, but I will say that I had dreadfully waited for the day we got that call that it was Andrew. Alex Gertsh and Andrew Madi both loved their families, music, being outdoors and enjoying life. They both got caught up in really difficult situations. Andrew had been a customer/addict like Alex, thousands of times. By God's mystery we will never know why things turned out the way they did because both men had so much potential. I know Alex was a musician and actor, and seemed like a great person with a loving family.

These men are not different except that Andrew had fallen deeper into addiction. I pray that Alex's family see that my older brother Andrew Madi is not and never has been a bad person, but rather similar to their son. We all want to fight this battle of drug addiction and overdose, but incarcerating a great example of how great the rehabilitation system and justice system can be and would be a detriment to the war on drugs. Andrew is a prime example of how many people are caught up in the wrong situation and need some support to unlock their full potential as well rounded and exceptional members of society.

I beg you, or whomever is reading this today to please consider my honest words. Please consider that we are fighting an invisible enemy, and that by incarcerating Andrew, we perpetuate the idea that addiction is bound to trap you regardless of sobriety. Andrew Madi would be a waste of money to keep incarcerated as he has not offended again. Andrew Madi would be a waste of resources as he is fully recovered and sober. Andrew Madi deserves no spot in jail with killers, rapists, cold hearted drug dealers and pedophiles. Andrew Madi pleads guilty to the counts but will remain innocent in the eyes of God. Again, I beg you to consider my words as I conclude my letter and thank you for your time. I hope that you see the good man that Andrew has always been and has fully embodied today.

Thank you,
Natalie Reynolds

**Peter Quesada**
friend

February 24, 2022

To Honorable Philip S. Gutierrez,


My name is Peter Quesada, I am writing this letter of reference for my sponsee Andrew Madi. I've known Andrew for the last 3 years. When I first met Andrew, it was in a meeting of Narcotics Anonymous. He was a newcomer, recently clean and sober. At the time I had about 8 years clean and sober, now a little over 11 years. I have had the opportunity to sponsor Andrew for the last 3 years. During those three years he has been able to stay clean and sober throughout the entire time and while doing so has attended regularly, weekly meetings of Narcotics Anonymous and Alcoholics Anonymous meetings and thoroughly working a strong 12 step program of recovery. For the last 3 years of knowing Andrew I have been fortunate to be a part of his recovery and see the change from this young man who came in to the rooms of recovery as a kid and grow to become a young man whom I've come to respect entirely. While going through this process he has managed to stay clean, to stay positive, he has become very sincere and show a great example of humility. I am hopeful for Andrew in this process, I hope you get an opportunity to see the man I've been fortunate to get to know on a personal level and I know that whatever the outcome may be that he will continue to be the great man, son and friend I've come to know him as.


If you have any questions you'd like to ask me at all regarding Andrew, Please reach out at anytime my personal contact information is below.


**Peter Raymond Quesada**

PRESIDENT- PRARQ Inc

PRESIDENT- PRNPQ Inc

PRESIDENT- NPQ LLC

PRESIDENT- PQ ECOM HOLDINGS LLC

Realtor, Coldwell Banker Realty

Mobile: 951.295.5201

Email: peter@peterquesada.com

**Summer Reyes**
friend

To Honorable Philip S. Gutierrez,

Thank you for allowing this correspondence to serve as a character reference on behalf of Andrew Madi. I recognize that this account may potentially have no bearing on the charges that Mr. Madi is facing and I only wish to impress upon the courts my experience since knowing him.

Andrew has dedicated the past three years of his life to the betterment of himself and others. Andrew has been an advocate for sobriety and has been actively involved in the recovery community. In addition to what he contributes to the recovery community he is also an integral part of his church fellowship. From my experience in knowing Mr. Madi I have been challenged by him to be the best version of myself possible, to give back at every opportunity, to radiate positivity and hope even in the darkest of situations. Andrew's kind nature and good hearted disposition was evident within moments of initially meeting him. I am tremendously grateful to call Andrew a friend. I hope that my account of Mr. Madi's character is something that you have the joy of experiencing for yourself.

Kind regards,
Summer Reyes

**Caleb Pilarski**
**former co-worker**

Caleb Pilarski

260 E. Davis St. #2237

Mckinney, TX, 75069


To the Honorable Judge Philip S. Gutierrez,


I have worked at the software company Review Wave for the past 15 months as the Manager of Support and have known Andrew Madi as an employee for 5 out of those 15. Andrew was forthcoming regarding his actions involved in this case and showed a true desire to accept responsibility and to better himself as an individual and member of society.

He was extremely beloved at our company and it was a joy to not only walk alongside his recovery and sobriety but to watch him mature and grow as a person. His energy and soul was infectious throughout our support floor and hr quickly was promoted to our Onboarding Team which is the first impression of our Company as well as the standard of our values and what we strive to be as a support team for our clients.

I have gotten to know Andrew very well as his superior and friend and implore the court to take this letter into consideration as his being let go from Review Wave was solely based off of the Guilty Plea. He has been nothing but outstanding as an employee and person.


Best,

Caleb Pilarski

**Bob Reynolds**
**uncle**

April 11, 2022

To whom it may concern,

My nephew, Andrew Madi, has grown into a really good person through the course of his life after becoming sober a few years ago. Before his addiction, as a child, Andrew had always been the super loud laughing kid when we all got together as a family. My brother, Andrew's stepdad, took the role of parenthood with Andrew before having kids of his own. I really enjoyed watching the two of them together. I didn't realize how much my brother liked being a dad, and you could see Andrew naturally gravitate to him. My brother added two kids of his own and they became of family of five. Andrew excelled in sports and school – especially soccer where he could use his height and long arms to his advantage as a goalie. I remember my brother sharing with me the hard times with Andrew's biological father, and how inconsistent he was in Andrew's life. To add to this, Andrew's dad passed away when Andrew was still young, and after disappearing from Andrew for a couple years or more.

Andrew appeared ready to get into his life by heading off to college in Arizona. I only saw him a view times during this period, but noticed when he moved back to San Clemente, CA that things with Andrew were very different, but I couldn't really say what it was, but things had changed. My brother, Andrew's stepdad, tried to explain the horrible things they were dealing with in the house when Andrew moved back, but honestly, I didn't understand it – especially the word "addict." Only after his arrest did I understand how bad things were. My daughter, who is a couple years younger than Andrew also tried to explain to me, but I was naïve.

I didn't see Andrew until about a year or more after his arrest and his time in recovery. When Andrew moved back home, I realized that a person could recover from addiction, and I am so proud to say this about my nephew. I know he suffers with his past, but he is an example of the system working for a person who wants to beat addiction. I have heard Andrew confess his addiction to all of us, he has said his apologies and wants to be an example of a reformed person.

Sincerely,

Bob Reynolds

**Mike
Reynolds
uncle**

April 11, 2022

To whom it may concern,

My name is Mike Reynolds. I am Andrew's uncle by his mom's marriage to my brother Dean Reynolds. I have known Andrew since my brother's marriage in 1996. Andrew has been in our family with my two kids since that time and continues to be best friends with my son Dilon Reynolds today. Our families did all the normal family things together. Early on, you could tell Andrew was a smart kid. He did well in school, helped my kids with classes when needed and always had a spark to him.

Andrew's life had it challenges well before his addiction. My wife and I remember seeing Andrew struggle at a young age with his biological father go in and out of life from around ages 4-8, then disappear for a couple years without communication, then reappeared for a couple years or so, then died. Through middle school and high school, Andrew appeared to be doing well and went off to college. At this point we didn't see Andrew much since he was out of state. When he moved back to California a few years later and lived with his mom and dad, that's when we realized his life had turned in a bad direction. The entire family tried to reach out and offer help, but at that time, Andrew wasn't interested in help. None of us understood what addiction was, nor did we ever think anyone in our family would become an addict. The news of Andrew's arrest was devastating to say the least. We shared together the grief and sadness of the situation and at that point realized what addiction caused.

Seeing Andrew now, after 3+ years of sobriety, is encouraging that a person can beat this disease and hopefully set examples for other addicts. During the past 3 years I've watched Andrew grow spiritually, and very impressed with his work (job) and volunteering. Andrew is very aware of the cause and effect of his past and has shared his remorse with me. He knows now that his life can only be led by staying sober and being a good person.

Sincerely,


Mike W. Reynolds