# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

cc:USPO

( ___ Amended _____ )

Case No. ___ CR 18-846(A)-PSG _____ Date ___ April 22, 2022

Present: The Honorable ___ PHILIP S. GUTIERREZ

| Wendy Hernandez | CourtSmart | Jehan Pernas |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Andrew Madi | | X | Kenneth Reed | X | | | None |

**PROCEEDINGS:**      **SENTENCING AND JUDGMENT HEARING**     ☐  **Contested**     ☐    **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     _X_ Refer to separate Judgment Order.

___ Imprisonment for __Years/months__ on each of counts

___ Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of _$_ _____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
        commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____
      consecutive/concurrent to count(s) _____
      under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under
      the direction of the Probation Office:

        ___ Perform _____ hours of community service.
        ___ Serve _____ in a CCC/CTC.
        ___ Pay _$_ _____ fine amounts & times determined by P/O.
        ___ Make _$_ _____ restitution in amounts & times determined by P/O.
        ___ Participate in a program for treatment of narcotic/alcohol addiction.
        Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
        rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the
      ___ nearest P/O within 72 hours.
        ___ Other conditions:
      Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
___ does not have the ability to pay.

                                                              per count, special assessment to the United States for a
___ Pay _$_ _____ total of _____ _$_ _____

___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____
      with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to
      modification. This matter is set for further hearing on _____

___ On Government's motion, all remaining counts in the (underlying) Indictment / Information are ordered dismissed.

_X_ Defendant informed of right to appeal.

_X_ ORDER sentencing transcript for Sentencing Commission.     _X_ Processed statement of reasons.

_X_ Bond exonerated     _X_ upon surrender     ___ upon service of _____

___ Execution of sentence is stayed until 12 noon,
      at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
      U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release     # _____

___ Present bond to continue as bond on appeal.     ___ Appeal bond set at _$_ _____

_X_ Filed and distributed judgment. ENTERED.

___ Other _____

                                                                                   :   40

                                        Initials of Deputy Clerk ___ WH